```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MANDARIN ORIENTAL, INC.,                                         :
                                                                 :
                        Plaintiff,                               :
                                                                 :       23 Civ. 4951 (JPC)
           -v-                                                   :
                                                                 :            ORDER
HDI GLOBAL INSURANCE COMPANY and                                 :
ASSICURAZIONI GENERALI S.P.A.,                                   :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

By September 6, 2024, at 5:00 p.m., the parties shall file supplemental briefs of no more than 750 words each on the issue of whether, under the factors articulated by the Second Circuit in *Admiral Insurance Company v. Niagara Transformer Corp.*, 57 F.4th 85 (2d Cir. 2023), the Court should decline to exercise its discretionary jurisdiction over Plaintiff Mandarin Oriental, Inc.'s first claim seeking declaratory judgment as duplicative of its breach of contract claim. *See Ambac Assurance Corp. v. U.S. Bank Nat. Ass'n*, No. 21-70, 2021 WL 6060710, at *5 (2d Cir. Dec. 20, 2021) (affirming the dismissal of a declaratory judgment where "no useful purpose would be served by granting Ambac declaratory relief as Ambac's declaratory judgment claim is duplicative of its breach of contract claim"); *Parts Auth., LLC v. Beyda*, No. 23 Civ. 7656 (NCM), 2024 WL 3553447, at *4 (E.D.N.Y. July 26, 2024) ("[C]ourts have refrained from exercising jurisdiction over a declaratory action when the issue would necessarily be determined through separate claims.").

SO ORDERED.

Dated: August 28, 2024
       New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge