UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDARIN ORIENTAL, INC.,

              Plaintiff,

    -v-

HDI GLOBAL INSURANCE COMPANY, et al.,

             Defendants.

CIVIL ACTION NO.: 23 Civ. 4951 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

As discussed at the initial case management conference held today, November 6, 2024, a follow-up telephonic status conference is scheduled for **Wednesday, January 15, 2025 at 10:30 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 657-832-172#, at the scheduled time.

Dated:    New York, New York
            November 6, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**