UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANDARIN ORIENTAL, INC.,<br><br>                Plaintiff,<br><br>-v-<br><br>HDI GLOBAL INSURANCE COMPANY, et al.,<br><br>                Defendants. | CIVIL ACTION NO.: 23 Civ. 4951 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

A telephonic status conference is scheduled for **Thursday, February 27, 2025 at 2:00 p.m. EST** on the Court's Microsoft Teams platform (the "Conference"). The parties are directed to call: (646) 453-4442; access code: 350-402-149#, at the scheduled time. By **Monday, February 24, 2025**, the parties shall file a joint letter identifying any issues about which they have met and conferred and are ripe for the Court's consideration at the Conference.

Dated:      New York, New York
               February 13, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**