UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANDARIN ORIENTAL, INC.,<br><br>                 Plaintiff,<br><br>  -v-<br><br>HDI GLOBAL INSURANCE COMPANY, et al.,<br><br>                 Defendants. | CIVIL ACTION NO.: 23 Civ. 4951 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of and has reviewed the parties' joint letter dated February 24, 2025. (ECF No. 54). Given the parties' representation in the letter that "there are no issues ripe for the Court's consideration at this time" (ECF No. 54 at 3), the telephonic status conference scheduled for this Thursday, February 27, 2025 is ADJOURNED to **Monday, March 24, 2025 at 1:00 p.m.** (the "Conference"), at which time the parties are directed to call: (646) 453-4442; access code: 350-402-149#. By **Thursday, March 20, 2025**, the parties shall file a joint letter identifying any issues about which they have met and conferred and are ripe for the Court's consideration at the Conference.

Dated:     New York, New York
              February 25, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**