UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANDARIN ORIENTAL, INC., <br><br> Plaintiff, <br><br> -v- <br><br> HDI GLOBAL INSURANCE COMPANY, et al., <br><br> Defendants. | CIVIL ACTION NO.: 23 Civ. 4951 (JPC) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

As discussed at the telephonic status conference held today, April 7, 2025, the Court orders as follows:

1. The fact discovery deadline is EXTENDED to **Monday, June 30, 2025**. The parties' deadlines to issue requests for admissions is EXTENDED to **Friday, May 30, 2025.**

2. With respect to Plaintiff's anticipated letter-motion to compel production of documents that Defendants deem to be privileged (the "Letter-Motion"), the Court sets the following briefing schedule:

    a. By **Friday, April 11, 2025**, the parties shall meet and confer to identify a representative sample of 15 documents (the "Sample Documents") whose privilege designation Plaintiff is disputing. The Court will contact Defendants' counsel via email to provide instructions for uploading the Sample Documents.

    b. By **Friday, April 18, 2025**, Plaintiff shall file the Letter-Motion, which shall be a maximum of five pages in length, or of equivalent word count.

    c. By **Friday, April 25, 2025**, Defendants shall file any opposition to the Letter-Motion. The opposition shall be a maximum of five pages in length, or of equivalent word count.

    d. By **Wednesday, April 30, 2025**, Plaintiff shall file any reply in support of the Letter-Motion. Any reply shall be a maximum of two pages in length, or of equivalent word count.

3. A follow-up telephonic status conference is scheduled for **Thursday, June 5, 2025 at 10:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 657-832-172#, at the scheduled time.

Dated:    New York, New York
            April 7, 2025

                                       SO ORDERED.

                                       _____
                                       **SARAH L. CAVE**
                                       **United States Magistrate Judge**