# EXHIBIT A

MANDARIN ORIENTAL
THE HOTEL GROUP

23 October 2020

Mr. Rocco M. Bianchi
VP, Senior Executive General Adjuster
McLarens
One Battery Park Plaza
24 State Street, 7th Floor
New York, NY 10004

| | |
|---|---|
| McLarens Ref: | 008.027883 |
| Insured: | Mandarin Oriental |
| Insurers: | HDI Global Insurance Company<br>Endurance American Specialty Insurance Company<br>The Princeton Excess and Surplus Lines Insurance Company<br>Assicurazioni Generali S.p.A.<br>AIG Europe Limited |
| Policy Number(s): | CPD5471500<br>GPR30000640000<br>78-A3-XP-0000498-0<br>B0901EP1804359000<br>B0901EP1804261000 |
| Policy Dates: | May 1, 2019 to May 1, 2020 |
| Claim Number(s): | 01-837-00803-20-9 |
| Loss Location: | Multiple |
| Date(s) of Loss: | February 20, 2020 |

Dear Mr. Bianchi:

We are writing in regards to our claim of loss in connection with the COVID-19 pandemic under the insurance policies referenced above.

As previously communicated to you and the Insurers, our US hotels began experiencing business losses due to the global COVID-19 pandemic on February 20, 2020. As you and the Insurers are further aware, our insurance policy expressly covers "loss resulting from interruption of or interference with the business carried on by the Insured **in consequence of infectious or contagious disease manifested by any person** while on the premises of the Insured or **within a radius of 5 miles**". By any interpretation the COVID-19 pandemic continues to affect the hotels' business today.

We included support of the conditions triggering coverage under the insurance policies in our email communications with you on March 25, 2020. We also provided you with preliminary claim calculations in excess of $31 million by email on May 29, 2020. We are currently preparing updated claim calculations for you, and, notwithstanding the hotels' best efforts to mitigate, our business losses are now in excess of $69 million. We have also been cooperative in providing responses to your multiple requests for information.

Mandarin Oriental Hotel Group Limited
8/F One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong
Telephone +852 2895 9288
mandarinoriental.com

MANDARIN ORIENTAL
THE HOTEL GROUP



While we appreciate that the Insurers may be facing numerous demands regarding various claims at this time, our insurance policies provide **express coverage** for our business losses, and the insurance policies have clearly been triggered by our business losses resulting from the COVID-19 pandemic. We previously requested a $15,000,000 advance payment from the Insurers, and, given the magnitude of the hotels' losses, we see no reason for the Insurers to further delay payment. Mandarin Oriental hereby once again urgently demands the Insurers to make payment under the insurance policies for the hotels' losses. The COVID-19 pandemic has been devastating to Mandarin Oriental and any delay in payment of this valid claim is financially detrimental to our hotels as well as our overall business.

Mandarin Oriental reserves all rights, and does not waive any rights, to make any other claims available to it under the insurance policies, any applicable law or any applicable statute, whether referenced herein or not.

We would appreciate your prompt attention to our claim and our demand for payment.

Sincerely,

Mandarin Oriental Inc.

Craig Beattie
Director and President