# EXHIBIT C

**McLarens - Privilege Log of Redacted Documents**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al* ., C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted/ Withheld | DocExt | Doc Type | Doc Date | Author / From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| McLarens_000066 | McLarens_000074 | Redacted | EML | Email | 8/1/2022 | McCord Aaron - MRAS-US | Jason Dei [jason.dei@mclarens.com]; Leylith Grados [leylith.grados@mclarens.com] | | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000075 | McLarens_000084 | Redacted | EML | Email | 8/1/2022 | McCord Aaron - MRAS-US | Jason Dei [jason.dei@mclarens.com] | | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000085 | McLarens_000096 | Redacted | EML | Email | 1/27/2023 | McCord Aaron - MRAS-US | Jason Dei [jason.dei@mclarens.com] | | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000102 | McLarens_000108 | Redacted | EML | Email | 3/31/2022 | McCord Aaron - MRAS-US | Leylith Grados [leylith.grados@mclarens.com]; Jason Dei [jason.dei@mclarens.com] | | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000109 | McLarens_000116 | Redacted | EML | Email | 4/1/2022 | McCord Aaron - MRAS-US | Jason Dei [jason.dei@mclarens.com]; Leylith Grados [leylith.grados@mclarens.com] | | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000117 | McLarens_000126 | Redacted | EML | Email | 1/27/2023 | McCord Aaron - MRAS-US | Jason Dei [jason.dei@mclarens.com] | | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000142 | McLarens_000144 | Redacted | PDF | Invoice | 8/24/2020 | McLarens | Generali | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| McLarens_000164 | McLarens_000173 | Redacted | EML | Email | 8/1/2022 | Jason Dei | McCord Aaron - MRAS-US [AMcCord@munichre.com] | | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

**McLarens - Privilege Log of Redacted Documents**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al .*, C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted/ Withheld | DocExt | Doc Type | Doc Date | Author / From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| McLarens_000187 | McLarens_000188 | Redacted | EML | Email | 6/24/2020 | Rocco Bianchi | James, Kimberly [kjames@sompo-intl.com]; JosephKearney [Joseph.Kearney@us.hdi.global]; Mortlock, Zoe [Zoe.Mortlock@aig.com]; PORPORA Hugo [Hugo.Porpora@Generali.co.uk]; Bauer Jurgen - MRAS-US [JBauer@munichre.com] | Paul T. Sullivan [PSullivan@zelle.com]; Ross,Alexander [Alexander.Ross@clydeco.us]; pkanaris@hinshawlaw.com; Heiss, David E. [DHeiss@hinshawlaw.com]; George Wasielke [George.Wasielke@mclarens.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000190 | McLarens_000191 | Redacted | EML | Email | 6/24/2020 | Rocco Bianchi | Bruno Graizzaro [bgraizzaro@jsheld.com] | Jared O'Connor [joconnor@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000194 | McLarens_000196 | Redacted | PDF | Invoice | 8/24/2020 | McLarens | HDI | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| McLarens_000198 | McLarens_000200 | Redacted | PDF | Invoice | 11/10/2021 | McLarens | HDI | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| McLarens_000203 | McLarens_000205 | Redacted | PDF | Invoice | 11/10/2021 | McLarens | Generali | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| McLarens_000241 | McLarens_000243 | Redacted | PDF | Invoice | 8/24/2020 | McLarens | Generali | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| McLarens_000263 | McLarens_000265 | Redacted | PDF | Invoice | 1/13/2021 | McLarens | HDI | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| McLarens_000273 | McLarens_000280 | Redacted | EML | Email | 3/31/2022 | Jason Dei | McCord Aaron - MRAS-US [AMcCord@munichre.com]; Leylith Grados [leylith.grados@mclarens.com] | | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000282 | McLarens_000284 | Redacted | PDF | Invoice | 1/13/2021 | McLarens | Generali | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice | Attorney Client |

**McLarens - Privilege Log of Redacted Documents**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al* ., C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted/ Withheld | DocExt | Doc Type | Doc Date | Author / From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| McLarens_000285 | McLarens_000293 | Redacted | EML | Email | 4/1/2022 | Jason Dei | McCord Aaron - MRAS-US [AMcCord@munichre.com]; Leylith Grados [leylith.grados@mclarens.com] | | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000298 | McLarens_000306 | Redacted | PDF | Billing Report | 6/22/2020 | McLarens | | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| McLarens_000315 | McLarens_000315 | Redacted | EML | Email | 11/11/2021 | Jason Dei | Vito Russo [vito.russo@mclarens.com] | | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000326 | McLarens_000331 | Redacted | DOCX | Report | 4/15/2022 | Doug Horne | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000333 | McLarens_000338 | Redacted | PDF | Report | 4/15/2022 | Doug Horne | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000343 | McLarens_000348 | Redacted | DOCX | Report | 11/11/2021 | Doug Horne | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000359 | McLarens_000374 | Redacted | PDF | Report | 11/11/2021 | Doug Horne | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000380 | McLarens_000385 | Redacted | DOCX | Report | 1/14/2022 | Doug Horne | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

**McLarens - Privilege Log of Redacted Documents**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al .*, C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted/ Withheld | DocExt | Doc Type | Doc Date | Author / From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| McLarens_000387 | McLarens_000392 | Redacted | PDF | Report | 1/14/2022 | Doug Horne | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000399 | McLarens_000408 | Redacted | EML | Email | 1/31/2023 | Jason Dei | McCord Aaron - MRAS-US [AMcCord@munichre.com] | | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000445 | McLarens_000446 | Redacted | EML | Email | 11/12/2021 | Vito Russo | Renata Bauer [renata.bauer@mclarens.com] | | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000453 | McLarens_000454 | Redacted | EML | Email | 11/12/2021 | Renata Bauer | Vito Russo [vito.russo@mclarens.com] | | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000467 | McLarens_000469 | Redacted | PDF | Invoice | 8/25/2020 | McLarens | Generali | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000555 | McLarens_000556 | Redacted | PDF | Billing Report | 10/28/2021 | McLarens | | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000567 | McLarens_000572 | Redacted | EML | Email | 1/18/2022 | Jason Dei | McCord Aaron - MRAS-US [AMcCord@munichre.com] | Leylith Grados [leylith.grados@mclarens.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

**McLarens - Privilege Log of Redacted Documents**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al .*, C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted/ Withheld | DocExt | Doc Type | Doc Date | Author / From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| McLarens_000573 | McLarens_000579 | Redacted | EML | Email | 1/18/2022 | Leylith Grados | Jason Dei [jason.dei@mclarens.com]; McCord Aaron - MRAS-US [AMcCord@munichre.com] | | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000580 | McLarens_000595 | Redacted | PDF | Report | 1/18/2022 | Doug Horne | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000596 | McLarens_000601 | Redacted | PDF | Report | 1/18/2022 | Doug Horne | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000623 | McLarens_000630 | Redacted | PDF | Billing Report | 6/3/2020 | McLarens | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000638 | McLarens_000645 | Redacted | PDF | Billing Report | 6/17/2020 | McLarens | | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000660 | McLarens_000667 | Redacted | PDF | Billing Report | 6/18/2020 | McLarens | | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000701 | McLarens_000702 | Redacted | PDF | Billing Report | 11/5/2021 | McLarens | | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

**McLarens - Privilege Log of Redacted Documents**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al .*, C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted/ Withheld | DocExt | Doc Type | Doc Date | Author / From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| McLarens_000707 | McLarens_000712 | Redacted | PDF | Invoice | 6/23/2020 | McLarens | HDI | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000714 | McLarens_000719 | Redacted | PDF | Invoice | 6/23/2020 | McLarens | Generali | | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000721 | McLarens_000726 | Redacted | PDF | Invoice | 6/23/2020 | McLarens | Generali | | Invoice discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000748 | McLarens_000753 | Redacted | DOCX | Report | 1/14/2022 | Doug Horne | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000755 | McLarens_000760 | Redacted | PDF | Report | 1/14/2022 | Doug Horne | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000761 | McLarens_000766 | Redacted | DOCX | Report | 11/11/2021 | Doug Horne | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| McLarens_000767 | McLarens_000772 | Redacted | PDF | Report | 11/11/2021 | Doug Horne | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

**McLarens - Privilege Log of Redacted Documents**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al* ., C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted/ Withheld | DocExt | Doc Type | Doc Date | Author / From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| McLarens_000775 | McLarens_000790 | Redacted | PDF | Report | 11/11/2021 | Doug Horne | | | Report discussing content of communications between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |