# EXHIBIT D

**JS Held - Privilege Log of Documents Withheld from Production**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al*., C.A. No. 1:23-cv-04951-JPC-SLC

| Privileged Doc ID | Redacted / Withheld | DocExt | Date | Number of Attachments | Record Type | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| J.S.HELD PRIV0001 | Withheld | MSG | 7/19/2020 | 1 | Email with attachment | Jared O'Connor | PSullivan@zelle.com | Rocco Bianchi [Rocco.Bianchi@mclarens.com]; Bruno Graizzaro [bgraizzaro@jsheld.com] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.HELD PRIV0002 | Withheld | MSG | 6/16/2021 | 0 | Email | Rocco Bianchi | Bruno Graizzaro [bgraizzaro@jsheld.com]; Paul T. Sullivan [PSullivan@zelle.com] | Jared O'Connor [joconnor@jsheld.com] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.HELD PRIV0003 | Withheld | MSG | 6/16/2021 | 0 | Email | Paul T. Sullivan | Bruno Graizzaro [bgraizzaro@jsheld.com]; Rocco Bianchi [Rocco.Bianchi@mclarens.com] | Jared O'Connor [joconnor@jsheld.com] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.HELD PRIV0004 | Withheld | MSG | 6/16/2021 | 0 | Email | Bruno Graizzaro | Paul T. Sullivan [PSullivan@zelle.com]; Rocco Bianchi [Rocco.Bianchi@mclarens.com] | Jared O'Connor [joconnor@jsheld.com] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.HELD PRIV0005 | Withheld | MSG | 6/16/2021 | 0 | Email | Paul T. Sullivan | Rocco Bianchi [Rocco.Bianchi@mclarens.com]; Bruno Graizzaro [bgraizzaro@jsheld.com] | Jared O'Connor [joconnor@jsheld.com] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.HELD PRIV0006 | Withheld | MSG | 7/26/2021 | 0 | Email | Bruno Graizzaro | Paul T. Sullivan [PSullivan@zelle.com] | Jared O'Connor [joconnor@jsheld.com] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.HELD PRIV0007 | Withheld | MSG | 10/21/2022 | 0 | Email | Katharina Kraatz-Dunkel | Jared O'Connor [joconnor@jsheld.com] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| J.S.HELD PRIV0008 | Withheld | MSG | 10/21/2022 | 0 | Email | Jared O'Connor | Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| J.S.HELD PRIV0009 | Withheld | MSG | 10/21/2022 | 0 | Email | Katharina Kraatz-Dunkel | Jared O'Connor [joconnor@jsheld.com] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |

**JS Held - Privilege Log of Documents Withheld from Production**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al .*, C.A. No. 1:23-cv-04951-JPC-SLC

| Privileged Doc ID | Redacted / Withheld | DocExt | Date | Number of Attachments | Record Type | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| J.S.HELD PRIV0010 | Withheld | MSG | 10/21/2022 | 1 | Email with attachment | Paul T. Sullivan | Jared O'Connor [joconnor@jsheld.com]; bgraizarro@jsheld.com | Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| J.S.HELD PRIV0011 | Withheld | MSG | 11/11/2022 | 1 | Email with attachment | Paul T. Sullivan | Jared O'Connor [joconnor@jsheld.com] | Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |

**JS Held - Privilege Log of Redacted Documents**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al .*, C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted/ Withheld | DocExt | Record Type | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| J.S.Held_000546 | J.S.Held_000551 | Redacted | MSG | Email | 12/1/2020 | Rocco Bianchi | Paul T. Sullivan [PSullivan@zelle.com] | Warring, Jane [Jane.Warring@clydeco.us]; pkanaris@hinshawlaw.com; Heiss, David E. [DHeiss@hinshawlaw.com]; Benedict, Eric [Eric.Benedict@clydeco.us]; Bruno Graizzaro [bgraizzaro@jsheld.com]; Jared O'Connor [joconnor@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000552 | J.S.Held_000553 | Redacted | MSG | Email | 4/27/2020 | Rocco Bianchi | Ross, Alexander [Alexander.Ross@clydeco.us] | Paul T. Sullivan [PSullivan@zelle.com]; Bruno Graizzaro [bgraizzaro@jsheld.com]; Jared O'Connor [joconnor@jsheld.com] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000581 | J.S.Held_000585 | Redacted | MSG | Email | 3/30/2020 | Rocco Bianchi | DeWalt, Ray [rdewalt@sompo-intl.com] | Bruno Graizzaro [bgraizzaro@jsheld.com]; Jared O'Connor [joconnor@jsheld.com] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000586 | J.S.Held_000591 | Redacted | MSG | Email | 3/30/2020 | Bruno Graizzaro | Dani Bell [dbell@jsheld.com]; Yvette Torres [ytorres@jsheld.com]; Jared O'Connor [joconnor@jsheld.com] | | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000747 | J.S.Held_000754 | Redacted | MSG | Email | 12/1/2020 | Rocco Bianchi | Paul T. Sullivan [PSullivan@zelle.com]; Jared O'Connor [joconnor@jsheld.com]; Warring, Jane [Jane.Warring@clydeco.us] | Kanaris, Peter E. [PKanaris@hinshawlaw.com]; Heiss, David E. [DHeiss@hinshawlaw.com]; Benedict, Eric [Eric.Benedict@clydeco.us]; Bruno Graizzaro [bgraizzaro@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000760 | J.S.Held_000762 | Redacted | MSG | Email | 4/28/2020 | Jared O'Connor | Bruno Graizzaro [bgraizzaro@jsheld.com]; Paul T. Sullivan [PSullivan@zelle.com]; Ross, Alexander [Alexander.Ross@clydeco.us] | Rocco Bianchi [Rocco.Bianchi@mclarens.com] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000771 | J.S.Held_000777 | Redacted | MSG | Email | 12/8/2020 | Warring, Jane | Bruno Graizzaro [bgraizzaro@jsheld.com]; Jared O'Connor [joconnor@jsheld.com] | Benedict, Eric [Eric.Benedict@clydeco.us]; Bruno Graizzaro [bgraizzaro@jsheld.com]; Jared O'Connor [joconnor@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000783 | J.S.Held_000784 | Redacted | MSG | Email | 4/27/2020 | Jared O'Connor | Rocco Bianchi [Rocco.Bianchi@mclarens.com]; Ross, Alexander [Alexander.Ross@clydeco.us] | Paul T. Sullivan [PSullivan@zelle.com]; Bruno Graizzaro [bgraizzaro@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000785 | J.S.Held_000786 | Redacted | MSG | Email | 4/27/2020 | Paul T. Sullivan | Bruno Graizzaro [bgraizzaro@jsheld.com]; Rocco Bianchi [Rocco.Bianchi@mclarens.com]; Ross, Alexander [Alexander.Ross@clydeco.us] | Jared O'Connor [joconnor@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000787 | J.S.Held_000788 | Redacted | MSG | Email | 4/27/2020 | Bruno Graizzaro | Rocco Bianchi [Rocco.Bianchi@mclarens.com]; Ross, Alexander [Alexander.Ross@clydeco.us] | Paul T. Sullivan [PSullivan@zelle.com]; Jared O'Connor [joconnor@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000789 | J.S.Held_000791 | Redacted | MSG | Email | 4/27/2020 | Rocco Bianchi | Bruno Graizzaro [bgraizzaro@jsheld.com]; Ross, Alexander [Alexander.Ross@clydeco.us] | Paul T. Sullivan [PSullivan@zelle.com]; Jared O'Connor [joconnor@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

**JS Held - Privilege Log of Redacted Documents**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al .*, C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted/ Withheld | DocExt | Record Type | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| J.S.Held_000792 | J.S.Held_000794 | Redacted | MSG | Email | 4/27/2020 | Ross, Alexander | Jared O'Connor [joconnor@jsheld.com]; Rocco Bianchi [Rocco.Bianchi@mclarens.com] | Paul T. Sullivan [PSullivan@zelle.com]; Bruno Graizzaro [bgraizzaro@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000795 | J.S.Held_000797 | Redacted | MSG | Email | 4/27/2020 | Ross, Alexander | Rocco Bianchi' [Rocco.Bianchi@mclarens.com]; Bruno Graizzaro [bgraizzaro@jsheld.com] | Paul T. Sullivan [PSullivan@zelle.com]; Jared O'Connor [joconnor@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000798 | J.S.Held_000799 | Redacted | MSG | Email | 4/6/2020 | Jared O'Connor | Bruno Graizzaro [bgraizzaro@jsheld.com] | | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000816 | J.S.Held_000822 | Redacted | MSG | Email | 11/30/2020 | Rocco Bianchi | Bruno Graizzaro [bgraizzaro@jsheld.com] | Jared O'Connor [joconnor@jsheld.com]; Jane Warring [jane.warring@clydeco.us] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000856 | J.S.Held_000864 | Redacted | MSG | Email | 11/30/2020 | Paul T. Sullivan | Warring, Jane [Jane.Warring@clydeco.us]; Heiss, David E. [DHeiss@hinshawlaw.com]; Jared O'Connor [joconnor@jsheld.com]; Rocco Bianchi [Rocco.Bianchi@mclarens.com] | Kanaris, Peter E. [PKanaris@hinshawlaw.com]; Benedict, Eric [Eric.Benedict@clydeco.us]; Bruno Graizzaro [bgraizzaro@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000865 | J.S.Held_000873 | Redacted | MSG | Email | 11/30/2020 | Warring, Jane | Paul T. Sullivan [PSullivan@zelle.com]; Heiss, David E. [DHeiss@hinshawlaw.com]; Jared O'Connor [joconnor@jsheld.com]; Rocco Bianchi [Rocco.Bianchi@mclarens.com] | Kanaris, Peter E. [PKanaris@hinshawlaw.com]; Benedict, Eric [Eric.Benedict@clydeco.us]; Bruno Graizzaro [bgraizzaro@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000874 | J.S.Held_000881 | Redacted | MSG | Email | 11/30/2020 | Heiss, David E. | Paul T. Sullivan [PSullivan@zelle.com]; Jared O'Connor [joconnor@jsheld.com]; Rocco Bianchi [Rocco.Bianchi@mclarens.com]; Warring, Jane [Jane.Warring@clydeco.us] | Kanaris, Peter E. [PKanaris@hinshawlaw.com]; Benedict, Eric [Eric.Benedict@clydeco.us]; Bruno Graizzaro [bgraizzaro@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000882 | J.S.Held_000889 | Redacted | MSG | Email | 11/30/2020 | Paul T. Sullivan | Jared O'Connor [joconnor@jsheld.com]; Rocco Bianchi [Rocco.Bianchi@mclarens.com]; Warring, Jane [Jane.Warring@clydeco.us] | Kanaris, Peter E. [PKanaris@hinshawlaw.com]; Heiss, David E. [DHeiss@hinshawlaw.com]; Benedict, Eric [Eric.Benedict@clydeco.us]; Bruno Graizzaro [bgraizzaro@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000890 | J.S.Held_000896 | Redacted | MSG | Email | 11/30/2020 | Jared O'Connor | Rocco Bianchi [Rocco.Bianchi@mclarens.com]; Warring, Jane [Jane.Warring@clydeco.us] | Kanaris, Peter E. [PKanaris@hinshawlaw.com]; Paul T. Sullivan [PSullivan@zelle.com]; Heiss, David E. [DHeiss@hinshawlaw.com]; Benedict, Eric [Eric.Benedict@clydeco.us]; Bruno Graizzaro [bgraizzaro@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000897 | J.S.Held_000903 | Redacted | MSG | Email | 11/30/2020 | Bruno Graizzaro | Rocco Bianchi [Rocco.Bianchi@mclarens.com] | Jared O'Connor [joconnor@jsheld.com]; Jane Warring [jane.warring@clydeco.us] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_000904 | J.S.Held_000912 | Redacted | MSG | Email | 11/30/2020 | Paul T. Sullivan | Heiss, David E. [DHeiss@hinshawlaw.com]; Jared O'Connor [joconnor@jsheld.com]; Rocco Bianchi [Rocco.Bianchi@mclarens.com]; Warring, Jane [Jane.Warring@clydeco.us] | Kanaris, Peter E. [PKanaris@hinshawlaw.com]; Benedict, Eric [Eric.Benedict@clydeco.us]; Bruno Graizzaro [bgraizzaro@jsheld.com] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

**JS Held - Privilege Log of Redacted Documents**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al* ., C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted/ Withheld | DocExt | Record Type | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| J.S.Held_000913 | J.S.Held_000921 | Redacted | MSG | Email | 11/30/2020 | Warring, Jane | Paul T. Sullivan [PSullivan@zelle.com]; Heiss, David E. [DHeiss@hinshawlaw.com]; Jared O'Connor [joconnor@jsheld.com]; Rocco Bianchi [Rocco.Bianchi@mclarens.com] | Kanaris, Peter E. [PKanaris@hinshawlaw.com]; Benedict, Eric [Eric.Benedict@clydeco.us]; Bruno Graizzaro [bgraizzaro@jsheld.com]; Young-Wynn, Pamela [Pamela.Young-Wynn@clydeco.us] | Joint interest correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_002508 | J.S.Held_002509 | Redacted | MSG | Email | 11/11/2022 | Jared O'Connor | Paul T. Sullivan [PSullivan@zelle.com] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| J.S.Held_002512 | J.S.Held_002513 | Redacted | MSG | Email | 11/8/2022 | Art Brown | Bruno Graizzaro [bgraizzaro@jsheld.com]; Jared O'Connor [joconnor@jsheld.com] | Paul Sullivan [PSullivan@zelle.com]; David.Lammond@generali.co.uk; Kristin Cummings [KCummings@zelle.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| J.S.Held_002554 | J.S.Held_002555 | Redacted | MSG | Email | 11/10/2022 | Bruno Graizzaro | Jared O'Connor [joconnor@jsheld.com] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| J.S.Held_002596 | J.S.Held_002598 | Redacted | MSG | Email | 11/10/2022 | Jared O'Connor | Bruno Graizzaro [bgraizzaro@jsheld.com] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| J.S.Held_002610 | J.S.Held_002614 | Redacted | MSG | Email | 5/4/2020 | Bruno Graizzaro | Jared O'Connor [joconnor@jsheld.com] | | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_002621 | J.S.Held_002622 | Redacted | MSG | Email | 5/28/2020 | Rocco Bianchi | Jared O'Connor [joconnor@jsheld.com] | Bruno Graizzaro [bgraizzaro@jsheld.com] | Correspondence between counsel and client representative for purposes of provision of legal advice; Internal client correspondence discussing litigation and legal advice from counsel; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_002730 | J.S.Held_002733 | Redacted | MSG | Email | 7/17/2020 | Jared O'Connor | Jonathan Lutz [jlutz@jsheld.com] | | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_002736 | J.S.Held_002736 | Redacted | MSG | Email | 7/18/2020 | Bruno Graizzaro | Jared O'Connor [joconnor@jsheld.com] | | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

**JS Held - Privilege Log of Redacted Documents**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al .*, C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted/ Withheld | DocExt | Record Type | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| J.S.Held_002750 | J.S.Held_002750 | Redacted | MSG | Email | 7/18/2020 | Bruno Graizzaro | Jared O'Connor [joconnor@jsheld.com] | | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_002757 | J.S.Held_002759 | Redacted | MSG | Email | 6/24/2020 | Rocco Bianchi | Bruno Graizzaro [bgraizzaro@jsheld.com] | Jared O'Connor [joconnor@jsheld.com] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_002761 | J.S.Held_002763 | Redacted | MSG | Email | 6/1/2020 | Bruno Graizzaro | Jared O'Connor [joconnor@jsheld.com] | | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| J.S.Held_002994 | J.S.Held_002997 | Redacted | MSG | Email | 1/8/2021 | Paul T. Sullivan | Bruno Graizzaro [bgraizzaro@jsheld.com] | Jared O'Connor [joconnor@jsheld.com] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |