# EXHIBIT F

**Generali - Privilege Log of Docmuments Withheld from Production**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al.,* C.A. No. 1:23-cv-04951-JPC-SLC

| Priv Doc ID | Redacted / Withheld | DocExt | Record Type | No. of attach. | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| Generali PRIV0001 | Withheld | DOCX | Memo | 0 | 6/2/2021 | RIAL Patricia | | | Internal client correspondence discussing and quoting legal advice from counsel in context of reserves. | Reserves; Attorney Client |
| Generali PRIV0002 | Withheld | MSG | Email with attachments | 13 | 3/23/2022 | RIAL Patricia | PIZARRO Karina [Karina.Pizarro@Generali.co.uk] | | Attorney invoice and correspondence related to same; Internal correspondence regarding and forwarding correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0003 | Withheld | MSG | Email with attachment | 1 | 5/28/2021 | RIAL Patricia | WINCKLESS Chloe [Chloe.Winckless@Generali.co.uk]; PIZARRO Karina [Karina.Pizarro@Generali.co.uk] | LAMMOND David [David.Lammond@Generali.co.uk] | Internal client correspondence discussing legal advice from counsel. | Reserves; Attorney Client |
| Generali PRIV0004 | Withheld | MSG | Email | 0 | 6/28/2022 | David Lammond | PIZARRO, Karina [Karina.Pizarro@Generali.co.uk] | RIAL, Patricia [Patricia.Rial@Generali.co.uk] | Internal correspondence regarding and forwarding correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0005 | Withheld | MSG | Email with attachments | 2 | 8/3/2020 | PORPORA Hugo | LAMMOND David [David.Lammond@Generali.co.uk]; 'Damian Cleary' [dc@dcthree.co.uk] | | Internal correspondence regarding and forwarding correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0006 | Withheld | MSG | Email with attachments | 6 | 9/23/2021 | David Lammond | PIZARRO Karina [Karina.Pizarro@Generali.co.uk] | | Internal client correspondence discussing litigation and attached legal advice from counsel; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0007 | Withheld | MSG | Email | 0 | 9/23/2021 | David Lammond | PIZARRO Karina [Karina.Pizarro@Generali.co.uk] | | Internal client correspondence discussing litigation and legal advice from counsel; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0008 | Withheld | PDF | Invoice | 0 | 2/29/2024 | Zelle LLP | Patricia Rial | | Attorney invoice and correspondence related to same; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0009 | Withheld | PDF | Invoice | 0 | 2/21/2024 | Zelle LLP | | | Attorney invoice and correspondence related to same; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0010 | Withheld | MSG | Email with attachments | 5 | 8/3/2020 | Damian Cleary | WINCKLESS Chloe [Chloe.Winckless@Generali.co.uk] | PORPORA Hugo [Hugo.Porpora@Generali.co.uk] | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

**Generali - Privilege Log of Documents Withheld from Production**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al.,* C.A. No. 1:23-cv-04951-JPC-SLC

| Priv Doc ID | Redacted / Withheld | DocExt | Record Type | No. of attach. | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| Generali PRIV0011 | Withheld | PDF | Invoice | 0 | 9/27/2024 | Zelle LLP | | | Attorney invoice and correspondence related to same; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0012 | Withheld | PDF | Invoice | 0 | 9/27/2024 | Zelle LLP | Patricia Rial | | Attorney invoice and correspondence related to same; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0013 | Withheld | MSG | Email with attachment | 1 | 11/8/2022 | Mary E. Caira | art.brown@us.hdi.global; LAMMOND, David [David.Lammond@Generali.co.uk] | Paul T. Sullivan [PSullivan@zellelaw.com]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com]; Kristin Cummings [KCummings@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0014 | Withheld | MSG | Email with attachment | 1 | 2/3/2023 | David Lammond | Paul T. Sullivan [PSullivan@zellelaw.com] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0015 | Withheld | MSG | Email with attachment | 1 | 1/20/2021 | Damian Cleary | WINCKLESS Chloe [Chloe.Winckless@Generali.co.uk] | | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0016 | Withheld | MSG | Email | 0 | 3/17/2023 | Paul T. Sullivan | LAMMOND, David [David.Lammond@Generali.co.uk]; Art Brown [art.brown@us.hdi.global] | Kathleen O'Neil [KONEIL@zellelaw.com]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com]; RIAL, Patricia [Patricia.Rial@Generali.co.uk] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0017 | Withheld | MSG | Email | 0 | 11/9/2022 | David Lammond | Paul T. Sullivan [PSullivan@zellelaw.com]; art.brown@us.hdi.global | Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com]; Kristin Cummings [KCummings@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0018 | Withheld | XLSX | Spreadsheet | 0 | 6/19/2023 | Ruano Lopez Pedro (Generali) | | | Data regarding other claims; Reserves; non-responsive | Reserves; Non-responsive |
| Generali PRIV0019 | Withheld | MSG | Email | 0 | 6/5/2023 | Paul T. Sullivan | LAMMOND, David [David.Lammond@Generali.co.uk]; Art.Brown@us.hdi.global | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |

**Generali - Privilege Log of Documents Withheld from Production**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al.,* C.A. No. 1:23-cv-04951-JPC-SLC

| Priv Doc ID | Redacted / Withheld | DocExt | Record Type | No. of attach. | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| Generali PRIV0020 | Withheld | MSG | Email with attachments | 3 | 4/18/2023 | Katharina Kraatz-Dunkel | Art Brown [Art.Brown@us.hdi.global]; LAMMOND, David [David.Lammond@Generali.co.uk] | Paul T. Sullivan [PSullivan@zellelaw.com]; Kathleen O'Neil [KONEIL@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0021 | Withheld | MSG | Email | 0 | 4/6/2023 | Paul T. Sullivan | Art Brown [Art.Brown@us.hdi.global] | LAMMOND, David [David.Lammond@Generali.co.uk] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0022 | Withheld | MSG | Email | 0 | 3/17/2023 | Paul T. Sullivan | LAMMOND, David [David.Lammond@Generali.co.uk]; Art Brown [art.brown@us.hdi.global] | Kathleen O'Neil [KONEIL@zellelaw.com]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com]; RIAL, Patricia [Patricia.Rial@Generali.co.uk] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0023 | Withheld | MSG | Email | 0 | 3/10/2023 | David Lammond | Paul T. Sullivan [PSullivan@zellelaw.com]; Art Brown [art.brown@us.hdi.global] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0024 | Withheld | MSG | Email | 0 | 3/10/2023 | Paul T. Sullivan | LAMMOND, David [David.Lammond@Generali.co.uk]; Art Brown [art.brown@us.hdi.global] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |

**Generali - Privilege Log of Documents Withheld from Production**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al.,* C.A. No. 1:23-cv-04951-JPC-SLC

| Priv Doc ID | Redacted / Withheld | DocExt | Record Type | No. of attach. | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| Generali PRIV0025 | Withheld | MSG | Email | 0 | 3/8/2023 | Art Brown | LAMMOND, David [David.Lammond@Generali.co.uk]; Paul T. Sullivan [PSullivan@zellelaw.com] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0026 | Withheld | MSG | Email | 0 | 3/8/2023 | David Lammond | Paul T. Sullivan [PSullivan@zellelaw.com]; Art Brown [art.brown@us.hdi.global] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0027 | Withheld | MSG | Email with attachment | 1 | 3/8/2023 | Paul T. Sullivan | LAMMOND, David [David.Lammond@Generali.co.uk]; Art Brown [art.brown@us.hdi.global] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0028 | Withheld | MSG | Email | 0 | 3/3/2023 | David Lammond | Paul T. Sullivan [PSullivan@zellelaw.com]; Art.Brown@us.hdi.global | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0029 | Withheld | MSG | Email | 0 | 3/3/2023 | Damian Cleary | LAMMOND, David [David.Lammond@Generali.co.uk] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0030 | Withheld | MSG | Email | 0 | 3/2/2023 | Damian Cleary | LAMMOND, David [David.Lammond@Generali.co.uk] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |

**Generali - Privilege Log of Documents Withheld from Production**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al.,* C.A. No. 1:23-cv-04951-JPC-SLC

| Priv Doc ID | Redacted / Withheld | DocExt | Record Type | No. of attach. | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| Generali PRIV0031 | Withheld | DOCX | Draft Agreement | 0 | 2/24/2023 | Kyle Espinola | | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0032 | Withheld | PDF | Attached to Generali000105 (letter with attachments) | 22 | 2/23/2023 | Paul T. Sullivan | David Lammond, Art Brown | Patricia Rial, Katharina Kraatz-Dunkel, Kristen Cummings | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0033 | Withheld | MSG | Email | 0 | 2/8/2023 | Paul T. Sullivan | Art Brown [Art.Brown@us.hdi.global]; LAMMOND, David [David.Lammond@Generali.co.uk] | RIAL, Patricia [Patricia.Rial@Generali.co.uk]; Kristin Cummings [KCummings@zellelaw.com]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0034 | Withheld | MSG | Email with attachments | 22 | 2/7/2023 | Paul T. Sullivan | Art Brown [Art.Brown@us.hdi.global]; LAMMOND, David [David.Lammond@Generali.co.uk] | RIAL, Patricia [Patricia.Rial@Generali.co.uk]; Kristin Cummings [KCummings@zellelaw.com]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0035 | Withheld | MSG | Email with attachment | 1 | 2/3/2023 | David Lammond | Paul T. Sullivan [PSullivan@zellelaw.com] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0036 | Withheld | MSG | Email | 0 | 1/30/2023 | Paul T. Sullivan | LAMMOND, David [David.Lammond@Generali.co.uk] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0037 | Withheld | MSG | Email with attachment | 1 | 1/17/2023 | Paul T. Sullivan | Art Brown [Art.Brown@us.hdi.global]; LAMMOND, David [David.Lammond@Generali.co.uk] | RIAL, Patricia [Patricia.Rial@Generali.co.uk]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com]; Kristin Cummings [KCummings@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0038 | Withheld | MSG | Email with attachments | 3 | 11/29/2022 | Paul T. Sullivan | RIAL, Patricia [Patricia.Rial@Generali.co.uk] | | Attorney invoice and correspondence related to same; Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |

**Generali - Privilege Log of Documents Withheld from Production**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al.,* C.A. No. 1:23-cv-04951-JPC-SLC

| Priv Doc ID | Redacted / Withheld | DocExt | Record Type | No. of attach. | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| Generali PRIV0039 | Withheld | MSG | Email | 0 | 11/9/2022 | Damian Cleary | LAMMOND, David [David.Lammond@Generali.co.uk]; RIAL, Patricia [Patricia.Rial@Generali.co.uk] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0040 | Withheld | MSG | Email | 0 | 11/9/2022 | David Lammond | Damian Cleary [dc@dcthree.co.uk]; RIAL, Patricia [Patricia.Rial@Generali.co.uk] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0041 | Withheld | MSG | Email | 0 | 11/9/2022 | Damian Cleary | LAMMOND, David [David.Lammond@Generali.co.uk]; RIAL, Patricia [Patricia.Rial@Generali.co.uk] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0042 | Withheld | MSG | Email with attachment | 1 | 11/9/2022 | David Lammond | Damian Cleary [dc@dcthree.co.uk]; RIAL, Patricia [Patricia.Rial@Generali.co.uk] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0043 | Withheld | MSG | Email with attachments | 3 | 10/14/2022 | Paul T. Sullivan | RIAL, Patricia [Patricia.Rial@Generali.co.uk] | | Attorney invoice and correspondence related to same; Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali PRIV0044 | Withheld | MSG | Email | 0 | 6/28/2022 | David Lammond | PIZARRO, Karina [Karina.Pizarro@Generali.co.uk] | RIAL, Patricia [Patricia.Rial@Generali.co.uk] | Internal client correspondence discussing litigation and legal advice from counsel; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0045 | Withheld | DOCX | Draft agreement attached to Generali000217 | 0 | 5/25/2022 | Kyle Espinola | | | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0046 | Withheld | DOCX | Draft agreement attached to Generali000222 | 0 | 5/25/2022 | Kyle Espinola | | | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0047 | Withheld | MSG | Email | 0 | 3/18/2022 | David Lammond | Art Brown [Art.Brown@us.hdi.global]; Paul T. Sullivan [PSullivan@zelle.com]; RIAL Patricia [Patricia.Rial@Generali.co.uk] | Kristin Cummings [KCummings@zelle.com] | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0048 | Withheld | MSG | Email with attachments | 13 | 3/17/2022 | PENTLAND Phillipa | Paul T. Sullivan [PSullivan@zelle.com] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Attorney invoice and correspondence related to same; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

**Generali - Privilege Log of Documents Withheld from Production**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al.,* C.A. No. 1:23-cv-04951-JPC-SLC

| Priv Doc ID | Redacted / Withheld | DocExt | Record Type | No. of attach. | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| Generali PRIV0049 | Withheld | MSG | Email | 0 | 3/16/2022 | Art Brown | Paul T. Sullivan [PSullivan@zelle.com]; LAMMOND David [David.Lammond@Generali.co.uk]; RIAL Patricia [Patricia.Rial@Generali.co.uk] | Kristin Cummings [KCummings@zelle.com] | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0050 | Withheld | MSG | Email with attachment | 1 | 11/19/2021 | Paul T. Sullivan | LAMMOND David [David.Lammond@Generali.co.uk]; RIAL Patricia [Patricia.Rial@Generali.co.uk]; Kristin Cummings [KCummings@zelle.com]; Art.Brown@us.hdi.global | | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0051 | Withheld | MSG | Email | 0 | 11/17/2021 | David Lammond | Art Brown [Art.Brown@us.hdi.global]; Paul Sullivan [PSullivan@zelle.com] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0052 | Withheld | MSG | Email | 0 | 11/16/2021 | Paul T. Sullivan | Art Brown [Art.Brown@us.hdi.global]; LAMMOND David [David.Lammond@Generali.co.uk] | Kristin Cummings [KCummings@zelle.com]; RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0053 | Withheld | MSG | Email with attachments | 7 | 11/15/2021 | David Lammond | FINEBERG David [David.Fineberg@Generali.co.uk] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Internal client correspondence discussing settlement and reserves on the basis of legal advice from counsel; Correspondence between counsel and client regarding legal advice, analysis, and strategy; Attaching legal advice by counsel. | Reserves; Attorney Client |
| Generali PRIV0054 | Withheld | DOCX | Draft Agreement attached to Generali000419 | 0 | 11/10/2021 | David Lammond | Paul Sullivan | Patricia Rial | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0055 | Withheld | MSG | Email | 0 | 9/22/2021 | PIZARRO Karina | RIAL Patricia [Patricia.Rial@Generali.co.uk] | | Internal client correspondence forwarding legal advice from counsel; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0056 | Withheld | MSG | Email with attachments | 6 | 9/16/2021 | David Lammond | RIAL Patricia [Patricia.Rial@Generali.co.uk] | | Internal client correspondence forwarding legal advice from counsel; Correspondence between counsel and client regarding legal advice, analysis, and strategy; Attaching legal advice from counsel. | Attorney Client |
| Generali PRIV0057 | Withheld | MSG | Email | 0 | 8/11/2021 | Paul T. Sullivan | RIAL Patricia [Patricia.Rial@Generali.co.uk] | LAMMOND David [David.Lammond@Generali.co.uk]; PIZARRO Karina [Karina.Pizarro@Generali.co.uk] | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0058 | Withheld | MSG | Email attached to Generali000547 | 0 | 7/13/2021 | David Lammond | Paul T. Sullivan [PSullivan@zelle.com] | WINCKLESS Chloe [Chloe.Winckless@Generali.co.uk] | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

**Generali - Privilege Log of Documents Withheld from Production**

*Mandarin Oriental, Inc. v. HDI Global Insurance Company et al.,* C.A. No. 1:23-cv-04951-JPC-SLC

| Priv Doc ID | Redacted / Withheld | DocExt | Record Type | No. of attach. | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| Generali PRIV0059 | Withheld | MSG | Email | 0 | 4/28/2021 | Paul T. Sullivan | LAMMOND David [David.Lammond@Generali.co.uk]; Joseph Kearney [Joseph.Kearney@us.hdi.global] | Kristin Cummings [KCummings@zelle.com]; RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali PRIV0060 | Withheld | MSG | Email | 0 | 4/28/2021 | David Lammond | Paul T. Sullivan [PSullivan@zelle.com]; Joseph Kearney [Joseph.Kearney@us.hdi.global] | Kristin Cummings [KCummings@zelle.com]; RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

Generali - Privilege Log of Redacted Documents
Mandarin Oriental, Inc. v. HDI Global Insurance Company et al., C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted / Withheld | DocExt | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|
| Generali000004 | Generali000006 | Redacted | PDF | 11/18/2020 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000016 | Generali000018 | Redacted | PDF | 11/10/2021 | McLarens | Patricia Rial | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000031 | Generali000034 | Redacted | MSG | 10/4/2021 | RAINE Steven | David Lammond | | Correspondence regarding other claims; non-responsive | Non-responsive |
| Generali000035 | Generali000035 | Redacted | XLS | 9/28/2021 | SHODE Vanessa | | | Data regarding other claims; Reserves; non-responsive | Reserves; Non-responsive |
| Generali000043 | Generali000046 | Redacted | MSG | 12/2/2021 | LAMMOND David | PIZARRO Karina [Karina.Pizarro@Generali.co.uk] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Internal client correspondence forwarding correspondence between counsel and client regarding legal advice, analysis, and strategy. | Attorney Client |
| Generali000058 | Generali000063 | Redacted | PDF | 6/23/2020 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000064 | Generali000066 | Redacted | PDF | 8/24/2020 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000067 | Generali000069 | Redacted | PDF | 11/18/2020 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000070 | Generali000072 | Redacted | PDF | 1/13/2021 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000073 | Generali000075 | Redacted | PDF | 3/15/2021 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000078 | Generali000083 | Redacted | PDF | 4/25/2022 | McLarens | Interested Underwriters | | Report discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000084 | Generali000086 | Redacted | MSG | 2/28/2023 | Paul T. Sullivan | LAMMOND, David [David.Lammond@Generali.co.uk]; Art Brown [art.brown@us.hdi.global] | RIAL, Patricia [Patricia.Rial@Generali.co.uk]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com]; Kristin Cummings [KCummings@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali000087 | Generali000089 | Redacted | MSG | 2/24/2023 | Paul T. Sullivan | LAMMOND, David [David.Lammond@Generali.co.uk]; Art Brown [art.brown@us.hdi.global] | RIAL, Patricia [Patricia.Rial@Generali.co.uk]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com]; Kristin Cummings [KCummings@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |

Generali - Privilege Log of Redacted Documents
Mandarin Oriental, Inc. v. HDI Global Insurance Company et al., C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted / Withheld | DocExt | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|
| Generali000090 | Generali000092 | Redacted | MSG | 2/24/2023 | LAMMOND, David | Paul T. Sullivan [PSullivan@zellelaw.com]; Art Brown [art.brown@us.hdi.global] | RIAL, Patricia [Patricia.Rial@Generali.co.uk]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com]; Kristin Cummings [KCummings@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali000093 | Generali000098 | Redacted | MSG | 2/24/2023 | Damian Cleary | LAMMOND, David [David.Lammond@Generali.co.uk] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali000099 | Generali000100 | Redacted | MSG | 2/24/2023 | Paul T. Sullivan | LAMMOND, David [David.Lammond@Generali.co.uk]; Art Brown [art.brown@us.hdi.global] | RIAL, Patricia [Patricia.Rial@Generali.co.uk]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com]; Kristin Cummings [KCummings@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali000101 | Generali000104 | Redacted | MSG | 2/24/2023 | Damian Cleary | LAMMOND, David [David.Lammond@Generali.co.uk] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali000105 | Generali000106 | Redacted | MSG | 2/23/2023 | Paul T. Sullivan | LAMMOND, David [David.Lammond@Generali.co.uk]; Art Brown [art.brown@us.hdi.global] | RIAL, Patricia [Patricia.Rial@Generali.co.uk]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com]; Kristin Cummings [KCummings@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali000142 | Generali000145 | Redacted | MSG | 12/10/2022 | LAMMOND, David | Paul T. Sullivan [PSullivan@zellelaw.com]; Art Brown [Art.Brown@us.hdi.global] | RIAL, Patricia [Patricia.Rial@Generali.co.uk]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali000146 | Generali000149 | Redacted | MSG | 12/9/2022 | Art Brown | Paul T. Sullivan' [PSullivan@zellelaw.com]; LAMMOND, David [David.Lammond@Generali.co.uk] | RIAL, Patricia [Patricia.Rial@Generali.co.uk]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali000150 | Generali000153 | Redacted | MSG | 12/9/2022 | Paul T. Sullivan | LAMMOND, David [David.Lammond@Generali.co.uk]; Art Brown [Art.Brown@us.hdi.global] | RIAL, Patricia [Patricia.Rial@Generali.co.uk]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |

Generali - Privilege Log of Redacted Documents
Mandarin Oriental, Inc. v. HDI Global Insurance Company et al., C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted / Withheld | DocExt | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|
| Generali000154 | Generali000157 | Redacted | MSG | 12/6/2022 | LAMMOND, David | Paul T. Sullivan [PSullivan@zellelaw.com]; Art Brown [Art.Brown@us.hdi.global] | RIAL, Patricia [Patricia.Rial@Generali.co.uk]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali000158 | Generali000160 | Redacted | MSG | 12/5/2022 | Paul T. Sullivan | Art Brown [Art.Brown@us.hdi.global]; LAMMOND, David [David.Lammond@Generali.co.uk] | RIAL, Patricia [Patricia.Rial@Generali.co.uk]; Katharina Kraatz-Dunkel [KKraatzDunkel@zellelaw.com] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali000165 | Generali000168 | Redacted | MSG | 10/17/2022 | Paul T. Sullivan | LAMMOND, David [David.Lammond@Generali.co.uk] | Art Brown [Art.Brown@us.hdi.global]; Paul Sullivan [psullivan@zelle.com]; Kristin Cummings [KCummings@zelle.com]; RIAL, Patricia [Patricia.Rial@Generali.co.uk] | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali000169 | Generali000172 | Redacted | MSG | 10/17/2022 | LAMMOND, David | Art Brown [Art.Brown@us.hdi.global]; 'Paul T. Sullivan' [PSullivan@zellelaw.com]; Paul Sullivan [PSullivan@zelle.com]; Kristin Cummings [KCummings@zelle.com]; RIAL, Patricia [Patricia.Rial@Generali.co.uk] | | Attorney work product for purposes of representing client's interest in litigation; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client; Work Product |
| Generali000186 | Generali000190 | Redacted | PDF | 3/24/2022 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000192 | Generali000197 | Redacted | PDF | 3/24/2022 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000199 | Generali000203 | Redacted | PDF | 3/24/2022 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000205 | Generali000210 | Redacted | PDF | 3/24/2022 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000211 | Generali000216 | Redacted | MSG | 5/26/2022 | LAMMOND David | Art Brown [Art.Brown@us.hdi.global]; Paul T. Sullivan [PSullivan@zelle.com] | Kristin Cummings [KCummings@zelle.com]; Nicholas Clancy [nick.clancy@us.hdi.global]; RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000217 | Generali000221 | Redacted | MSG | 5/25/2022 | Art Brown | Paul T. Sullivan [PSullivan@zelle.com]; LAMMOND David [David.Lammond@Generali.co.uk] | Kristin Cummings [KCummings@zelle.com]; Nicholas Clancy [nick.clancy@us.hdi.global]; RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

Generali - Privilege Log of Redacted Documents
Mandarin Oriental, Inc. v. HDI Global Insurance Company et al., C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted / Withheld | DocExt | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|
| Generali000222 | Generali000225 | Redacted | MSG | 5/25/2022 | Paul T. Sullivan | Art Brown [Art.Brown@us.hdi.global]; LAMMOND David [David.Lammond@Generali.co.uk] | Kristin Cummings [KCummings@zelle.com]; Nicholas Clancy [nick.clancy@us.hdi.global]; RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000227 | Generali000232 | Redacted | PDF | 4/15/2022 | McLarens | Interested Underwriters | | Report discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000247 | Generali000249 | Redacted | MSG | 2/9/2022 | Paul T. Sullivan | RIAL Patricia [Patricia.Rial@Generali.co.uk] | | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000250 | Generali000254 | Redacted | MSG | 1/19/2022 | Paul T. Sullivan | LAMMOND David [David.Lammond@Generali.co.uk]; Art Brown [Art.Brown@us.hdi.global] | Kristin Cummings [KCummings@zelle.com]; RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000259 | Generali000262 | Redacted | MSG | 12/2/2021 | LAMMOND David | PIZARRO Karina [Karina.Pizarro@Generali.co.uk] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Internal client correspondence forwarding correspondence between counsel and client representative for purposes of provision of legal advice and correspondence between counsel and client regarding legal advice, analysis, and strategy. | Attorney Client |
| Generali000267 | Generali000270 | Redacted | MSG | 12/2/2021 | LAMMOND David | Art Brown [Art.Brown@us.hdi.global]; Paul T. Sullivan [PSullivan@zelle.com] | Kristin Cummings [KCummings@zelle.com]; RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000281 | Generali000298 | Redacted | MSG | 11/16/2021 | LAMMOND David | FINEBERG David [David.Fineberg@Generali.co.uk] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Internal client correspondence discussing legal advice from counsel; Attaching legal advice from counsel; Correspondence between counsel and client regarding legal advice, analysis, and strategy. | Reserves; Attorney Client |
| Generali000299 | Generali000313 | Redacted | MSG | 11/15/2021 | LAMMOND David | Paul T. Sullivan [PSullivan@zelle.com] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000314 | Generali000327 | Redacted | MSG | 11/15/2021 | LAMMOND David | Paul T. Sullivan [PSullivan@zelle.com] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |

Generali - Privilege Log of Redacted Documents
Mandarin Oriental, Inc. v. HDI Global Insurance Company et al., C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted / Withheld | DocExt | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|
| Generali000330 | Generali000345 | Redacted | PDF | 11/11/2021 | McLarens | Interested Underwriters | | Report discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000358 | Generali000373 | Redacted | PDF | 11/11/2021 | McLarens | Interested Underwriters | | Report discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000376 | Generali000378 | Redacted | PDF | 11/10/2021 | McLarens | Patricia Rial | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000379 | Generali000387 | Redacted | MSG | 11/10/2021 | Paul T. Sullivan | LAMMOND David [David.Lammond@Generali.co.uk] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000388 | Generali000399 | Redacted | MSG | 11/10/2021 | LAMMOND David | Paul T. Sullivan [PSullivan@zelle.com] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000400 | Generali000408 | Redacted | MSG | 11/10/2021 | Paul T. Sullivan | LAMMOND David [David.Lammond@Generali.co.uk] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000409 | Generali000419 | Redacted | MSG | 11/10/2021 | LAMMOND David | Paul T. Sullivan [PSullivan@zelle.com] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000435 | Generali000440 | Redacted | PDF | 6/23/2020 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000441 | Generali000443 | Redacted | PDF | 8/24/2020 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000444 | Generali000446 | Redacted | PDF | 11/18/2020 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000447 | Generali000449 | Redacted | PDF | 1/13/2021 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000450 | Generali000452 | Redacted | PDF | 3/15/2021 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000457 | Generali000462 | Redacted | PDF | 6/23/2020 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |

Generali - Privilege Log of Redacted Documents
Mandarin Oriental, Inc. v. HDI Global Insurance Company et al., C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted / Withheld | DocExt | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|
| Generali000463 | Generali000465 | Redacted | PDF | 8/24/2020 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000466 | Generali000468 | Redacted | PDF | 11/18/2020 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000469 | Generali000471 | Redacted | PDF | 1/13/2021 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000472 | Generali000474 | Redacted | PDF | 3/15/2021 | McLarens | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000475 | Generali000483 | Redacted | MSG | 10/13/2021 | Paul T. Sullivan | LAMMOND David [David.Lammond@Generali.co.uk] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000484 | Generali000492 | Redacted | MSG | 10/13/2021 | LAMMOND David | Paul T. Sullivan [PSullivan@zelle.com] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000493 | Generali000500 | Redacted | MSG | 10/13/2021 | LAMMOND David | Paul T. Sullivan [PSullivan@zelle.com] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000509 | Generali000514 | Redacted | MSG | 10/8/2021 | Paul T. Sullivan | LAMMOND David [David.Lammond@Generali.co.uk] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000515 | Generali000519 | Redacted | MSG | 10/8/2021 | LAMMOND David | Paul T. Sullivan [PSullivan@zelle.com] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000522 | Generali000526 | Redacted | PDF | 3/2/2021 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000529 | Generali000533 | Redacted | PDF | 3/2/2021 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000536 | Generali000540 | Redacted | PDF | 3/2/2021 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000542 | Generali000546 | Redacted | PDF | 3/2/2021 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000551 | Generali000555 | Redacted | PDF | 7/29/2020 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000558 | Generali000561 | Redacted | PDF | 4/20/2021 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |

Generali - Privilege Log of Redacted Documents
Mandarin Oriental, Inc. v. HDI Global Insurance Company et al., C.A. No. 1:23-cv-04951-JPC-SLC

| BegBates | EndBates | Redacted / Withheld | DocExt | Date | Author/From | To | CC | Privilege Explanation | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|
| Generali000564 | Generali000567 | Redacted | PDF | 4/20/2021 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000576 | Generali000580 | Redacted | MSG | 6/18/2021 | LAMMOND David | RIAL Patricia [Patricia.Rial@Generali.co.uk] | | Internal client correspondence discussing reserves. | Reserves |
| Generali000581 | Generali000587 | Redacted | MSG | 6/16/2021 | Paul T. Sullivan | PIZARRO Karina [Karina.Pizarro@Generali.co.uk] | RIAL Patricia [Patricia.Rial@Generali.co.uk]; Kristin Cummings [KCummings@zelle.com] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000589 | Generali000593 | Redacted | PDF | 3/2/2021 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000595 | Generali000599 | Redacted | PDF | 3/2/2021 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000600 | Generali000606 | Redacted | MSG | 6/10/2021 | PIZARRO Karina | Paul T. Sullivan [PSullivan@zelle.com] | Kristin Cummings [KCummings@zelle.com]; RIAL Patricia [Patricia.Rial@Generali.co.uk]; Joseph Kearney [Joseph.Kearney@us.hdi.global] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000609 | Generali000613 | Redacted | PDF | 7/29/2020 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000620 | Generali000624 | Redacted | PDF | 7/29/2020 | J.S. Held | Hugo Porpora | | Invoice discussing content of communication between counsel and client representative for purposes of provision of legal advice | Attorney Client |
| Generali000625 | Generali000632 | Redacted | MSG | 4/28/2021 | Paul T. Sullivan | LAMMOND David [David.Lammond@Generali.co.uk] | RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |
| Generali000633 | Generali000640 | Redacted | MSG | 4/28/2021 | LAMMOND David | Paul T. Sullivan [PSullivan@zelle.com]; Joseph Kearney [Joseph.Kearney@us.hdi.global] | Kristin Cummings [KCummings@zelle.com]; RIAL Patricia [Patricia.Rial@Generali.co.uk] | Correspondence between counsel and client representative for purposes of provision of legal advice; Correspondence between counsel and client regarding legal advice, analysis, and strategy | Attorney Client |