# EXHIBIT G

Message

**From**: Joseph Kearney [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d701300142c94d79bea44740df341e39-Joseph Kear]
on behalf of Joseph Kearney
**Sent**: 4/30/2020 2:50:16 PM
**To**: 'Rocco Bianchi' [Rocco.Bianchi@mclarens.com]; 'Stacie Bianchi' [Stacie.Bianchi@mclarens.com]
**CC**: 'James, Kimberly' [kjames@sompo-intl.com]; Kristin Cummings [KCummings@zelle.com]; Jurgen Bauer [JBauer@munichreamerica.com]; 'bgraizzaro@jsheld.com' [bgraizzaro@jsheld.com]; george.waseilke@mclarens.com; Robert Fisher (Clyde & Co) [Robert.Fisher@clydeco.us]
**Subject**: RE: Mandarin Oriental, Inc.; BI Loss/Cat CORO; Loss of 02/20/20; Miami, FL; Claim Reference: 01-837-00757-20-7; McLarens: 008-027883-MI // SOMPO File REF #s >> 10267527// /10267528/10266628

**Importance**: High

Rocco-
It has come to my attention that you are continuing a dialogue with the insured and taking steps to measure the BI loss while our coverage investigation continues. As I am sure you are aware, we have numerous coverage concerns that need to be addressed and your continued efforts may be giving the insured false expectations. HDI is therefore asking that you cease all accounting discussions with the insured until we are able to complete our coverage investigation. In fact, it would be appreciated if you forwarded any information about the reported loss to our attention and cease any further adjustment until we are able to complete our investigation. Any further action by you should really be done so under a formal reservation of rights. [redacted] Please contact me if you have any questions.

We have not received any information from you regarding the other market carriers and have copied Jurgen of Munich Re, Kim of Sompo, and Clyde & Co. on this email. Please forward this email to all of the relevant carriers and include HDI on the email

Thank you in advance for your assistance.

**Joe Kearney**, Senior Claims Consultant, **HDI Global Insurance Company**, 161 North Clark Street – 48th Floor, Chicago, IL 60601 | Phone 312-589-6758, Fax 312-994-0407, E-Mail joseph.kearney@us.hdi.global | www.hdi.global

**From:** Joseph Kearney
**Sent:** Thursday, April 02, 2020 1:53 PM
**To:** 'Rocco Bianchi' <Rocco.Bianchi@mclarens.com>; Stacie Bianchi <Stacie.Bianchi@mclarens.com>
**Cc:** James, Kimberly <kjames@sompo-intl.com>
**Subject:** RE: Mandarin Oriental, Inc.; BI Loss/Cat CORO; Loss of 02/20/20; Miami, FL; Claim Reference: 01-837-00757-20-7; McLarens: 008-027883-MI // SOMPO File REF #s >> 10267527// /10267528/10266628

Rocco-
Thank you for the follow up. [redacted] Look forward to hearing from you next week about the forthcoming information via the broker. Thanks for your continued efforts.

**Joe Kearney**, Senior Claims Consultant, **HDI Global Insurance Company**, 161 North Clark Street – 48th Floor, Chicago, IL 60601 | Phone 312-589-6758, Fax 312-994-0407, E-Mail joseph.kearney@us.hdi.global | www.hdi.global

**From:** Rocco Bianchi <Rocco.Bianchi@mclarens.com>
**Sent:** Thursday, April 02, 2020 10:32 AM
**To:** Joseph Kearney <Joseph.Kearney@us.hdi.global>; Stacie Bianchi <Stacie.Bianchi@mclarens.com>

**Cc:** James, Kimberly <kjames@sompo-intl.com>
**Subject:** RE: Mandarin Oriental, Inc.; BI Loss/Cat CORO; Loss of 02/20/20; Miami, FL; Claim Reference: 01-837-00757-20-7; McLarens: 008-027883-MI // SOMPO File REF #s >> 10267527// /10267528/10266628

Good Morning Joe > we are yet to receive acknowledgement of the reported loss via AIG UK and Generali // the broker is supposedly reaching out to Marsh UK for assistance .. In the interim , I shall ascertain whether the Lead Company / UWR at Interest is in agreement that a coverage attorney should be engaged at this juncture and , [redacted] I am copying the SOMPO Int'l claim specialist (Kimberly James ) assigned to 3 of the 4 reported losses events.
Please note that on March 31st I had an introductory loss overview with representatives of Marsh / Mandarin Oriental , Inc. corporate and individual hotel management representatives as well as the forensic accountants to gain a perspective as to the loss exposures . It appears that the COVID -19 loss exposures within five mile radius of each hotel property are presently the basis of the business interruption impact at scheduled property locations. We are to obtain additional loss information next week according to the broker . I shall keep you apprised of updated developments .

[redacted]

**Rocco M. Bianchi** | McLarens
Senior Executive General Adjuster
rocco.bianchi@mclarens.com

4 High Goal Lane
Beacon, NY 12508
**845-838-1788** | Office
**914-475-6199** | Mobile
www.mclarens.com
CONFIDENTIALITY AND PRIVILEGE NOTICE: The information contained in this message and any attachments may be privileged, confidential and/or exempt from disclosure under applicable law. Any views expressed in this message and any attachments are those of the individual sender, except where the message states otherwise, and in no way binds Insurers and/or their representatives. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments, without reading them.

---

**From:** Joseph Kearney <Joseph.Kearney@us.hdi.global>
**Sent:** Thursday, April 2, 2020 9:44 AM
**To:** Stacie Bianchi <Stacie.Bianchi@mclarens.com>; Rocco Bianchi <Rocco.Bianchi@mclarens.com>
**Subject:** RE: Mandarin Oriental, Inc.; BI Loss/Cat CORO; Loss of 02/20/20; Miami, FL; Claim Reference: 01-837-00757-20-7; McLarens: 008-027883-MI

Stacie-
Thank you for the four letters. Moving forward, please include all market members your communications.

Rocco-
Please let me know when you plan on having a market call. [redacted] Thanks.

**Joe Kearney**, Senior Claims Consultant, **HDI Global Insurance Company**, 161 North Clark Street – 48th Floor, Chicago, IL 60601 | Phone 312-589-6758, Fax 312-994-0407, E-Mail joseph.kearney@us.hdi.global | www.hdi.global

**From:** Stacie Bianchi <Stacie.Bianchi@mclarens.com>
**Sent:** Thursday, April 02, 2020 8:16 AM
**To:** Joseph Kearney <Joseph.Kearney@us.hdi.global>
**Subject:** Mandarin Oriental, Inc.; BI Loss/Cat CORO; Loss of 02/20/20; Miami, FL; Claim Reference: 01-837-00757-20-7; McLarens: 008-027883-MI
**Importance:** High

Please see attached loss acknowledgement for the above subject claim. Should you have any questions or concerns please do not hesitate to contact us accordingly.

Thank you,

**Stacie Bianchi** | McLarens
Administrative Assistant
stacie.bianchi@mclarens.com

4 High Goal Lane
Beacon, NY 12508
**+1 845.330.2018** | Office
www.mclarens.com

CONFIDENTIALITY AND PRIVILEGE NOTICE: The information contained in this message and any attachments may be privileged, confidential and/or exempt from disclosure under applicable law. Any views expressed in this message and any attachments are those of the individual sender, except where the message states otherwise, and in no way binds Insurers and/or their representatives. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments, without reading them.

PRIVACY STATEMENT: We are required to capture and process personal information supplied to us in the fulfilment of our services. Our obligations vary depending on the jurisdiction involved. For further details as to how this information is used, kept secure and your rights, please see the relevant Privacy Statement on our website – https://www.mclarens.com/privacy-policy/