# EXHIBIT H

One Battery Park Plaza
24 State Street, 7th Floor
New York, NY, 10004 United States

Tel +001 212 344 2600 www.mclarens.com
Fax +001 212 344 2988

November 12, 2020

To the Interested Underwriters

## Report 3

| | |
|---|---|
| **INSURED** | Mandarin Oriental, Inc |
| **DATE OF LOSS** | February 20, 2020 |
| **CAT NUMBER** | CORO |
| **TYPE OF LOSS** | Business Interruption |
| **LOCATION OF LOSS** | 500 Brickell Key Drive<br>Miami Florida 33131 |
| **POLICY NUMBER** | Per Attached Schedule |
| **POLICY TERM** | May 1, 2019 to May 1, 2020 |
| **CLAIM REFERENCE** | Per Attached |
| **DATE OF ASSIGNMENT** | March 25, 2020 |
| **DATE CONTACTED** | March 26, 2020 |
| **DATE INSPECTED** | Not Applicable |
| **MCLARENS FILE NUMBER** | 008.027883.MI |

To Whom It May Concern:

**ENCLOSURES**

1. Summary of Loss
2. Marsh – JLT RFI Responses
3. Marsh – JLT Claim Schedules

**ESTIMATE OF LOSS: AS CLAIMED**

BUSINESS INTERRUPTION:

| | |
|---|---|
| Boston: | $10,542,792.00 |
| Washington, DC: | 11,671,651.00 |
| Miami: | 17,076,783.00 |
| New York City: | 21,458,805.00 |
| Total Loss (Estimate) | $60,750,031.00 |
| Property Damage Deductible | <TBD> |
| Net Loss (Estimate) | $60,750,031.00 |
| | |
| Partial Payment Requested | $16,000,000.00 |

Subject to Coverage Determinations/Forensic Audit Reconciliations

**COVERAGE**

Coverage is afforded against all risk of physical loss and damage inclusive of earthquake and flood under manuscript commercial property policies written through the Quota Share Market Underwriters/Companies at Interest per the attached Schedule of Insurance, effective May 01, 2019-2020. The limit of liability is $50,000,000 with an overall program limit of liability of $328,000,000. Program policy sub-limits include the following:

- Earthquake: $328,000,000
- Flood: $328,000,000
- Named Windstorm: $75,000,000
- Property in Course of Construction: $100,000,000
- Ordinance of Law – (Undamaged Portion): $328,000,000
- Ordinance of Law – Demolition & Increased Cost of Construction: $100,000,000
- Ingress/Egress: $25,000,000
- Interruption by Civil or Military Authority: $25,000,000 (For up to 60 Days Period of Recovery, Subject to a 5-Mile Distance Limitation)
- Land and Water Contaminant or Pollution Clean-Up Removal and Disposal: $2,500,000 in the aggregate under Policy Clause 3.K
- Decontamination Costs of Insured Property: $5,000,000 under Policy Clause 3.F
- Debris Removal/Clean-Up Costs: Greater of $50,000,000 or 25% of loss under Policy Clause 3.E
- Upgrade to Green Coverage: $10,000,000
- Special Perils: $10,000,000 in the annual aggregate
- Fungus, Mold, Wet or Dry Rot: $25,000,000 Inclusive of Testing

Policy coverages include real & personal property, leasehold I&B, business interruption (actual loss sustained inclusive of ordinary payroll), extra expense, contingent time element, property of others at Insured's discretion, rental value, royalties, delay in completion against property in the course of construction, ingress/egress, transit, accounts receivable, consequential loss, brands and trademarks, control of damaged goods, demolition and increased cost of construction, defense costs, land and water contaminant or pollution clean-up, removal & disposal costs, tenant relocation expense, land improvements, equipment breakdown, pair or sets, sue and labor and Leed Certified coverage.

In addition, to the above coverage summary, we recognize under Policy Endorsement No. 3 titled Special Perils that a coverage advisory is warranted as the policy is extended to cover loss resulting from interruption of or interference with the business carried on by the Insured in consequence of: (a) infectious or contagious disease manifested by any person while on the premises of the Insured or within a radius of 5-miles thereof.

**BROKER**

Marsh JLT Specialty, 1166 6th Avenue, New York, NY 10036. Our contact representative is Mr. John Whitaker at 212-345-0434 or 646-884-3189 (Mobile) or via e-mail – john.whitaker@marsh.com. A 2nd point of contact is Mr. John Pollock – Marsh UK and he can be contacted at 44 207 357 1122 or 44 777 573 4305 or via e-mail at john.c.pollock@marsh.com.

**INSURED**

Mandarin Oriental, Inc. maintains its corporate offices at 1330 Maryland Avenue, SW Washington, DC 20024. The Insured is represented by Mr. Keith Hansen, Vice President of Finance and he can be contacted via e-mail at khansen@mohg.com or at 202-787-66388-6310.

**RISK**

At risk are (4) scheduled Mandarin Oriental Hotel property loss locations designated as follows:

- 500 Brickell Key Drive, Miami, Florida 33131
- 80 Columbus Circle, New York, NY 10023
- 1330 Maryland Avenue, SW, Washington, DC 20024-2100
- 776 Boylston Street, Boston, MA 02199

**DATE OF LOSS**

Miami: February 20, 2020
New York: February 28, 2020
Washington, DC: March 3, 2020
Boston, MA: March 5, 2020

**TYPE OF LOSS**

Covid-19 Infectious Disease (CAT CORO) causing widespread nationwide epidemic resulting in closure of subject hotel properties at risk due to reported exposures within 5-mile radius of each property. Presently, there have been no reports of the Covid-19 virus within the hotel's premises involving employees and/or guests. Further, there are no reports of property damage/contamination.

**SUBROGATION**

Subrogation is not considered a viable option as the Covid-19 infectious disease became a global pandemic.

**USE OF EXPERTS**

Forensic Loss Audit
Mr. Bruno Graizzaro, CPA
617-921-8887 (Mobile)

JS Held, LLC
Boston, MA
617-482-5755

**INVESTIGATION**

Attached please find a memorandum issued by JLT – Marsh on behalf of the Insured with claim valuation attachments relating to all (4) involved scheduled property loss locations. The memorandum outlines the Insured's response to the outstanding RFI issued by McLarens on behalf of the Market Insurers. A summary of the responses are described as follows:

- QUESTION NO. 6: Did Mandarin Oriental's business operations experience partial or total interruption during a period of time where access to Mandarin Oriental's property was impaired by order or action of civil authority issued in connection with or following insured direct physical loss, damage or destruction
  - REPLY: This question does not appear relevant to Mandarin Oriental's claim under the policy which provides coverage for loss resulting from business interruption or interference in consequence of an infectious disease manifested by any person within a 5-mile radius of each of our hotels. Mandarin Oriental asserts that support information/documentation as respects to conditions that trigger this coverage was previously provided.
- QUESTION NO. 7: It does not appear that Mandarin Oriental is claiming that ingress to or egress from Mandarin Oriental's properties were impaired by direct physical loss, damage or destruction

- REPLY: Same response as cited above under Question No. 6 – as the question does not appear relevant to Mandarin Oriental's claim predicated upon an infectious disease manifested within a 5-mile radius of each hotel property.
- QUESTION NO. 9: On a per location basis, please provide an explanation of the facts which support the position that the presence of the designated individual within 5-miles of the hotel location at issue interrupted or interfered with Mandarin Oriental's business. Additionally, identification of any reservation bookings which Mandarin Oriental believes were cancelled due to the individual identified within 5-miles of each location contracted Covid-19. Further, all financial records, reports, data and/or internal documentation which demonstrate that the presence of said individual(s) within the 5-mile proximity resulted in the business interruption loss
- REPLY: "The insurance policies do not require a direct link between the identified person and the hotel. Rather the infectious disease can be manifested by any person within a 5-mile radius." The Insured further asserts that thousands of persons in each hotel location have been diagnosed with infectious Covid-19 disease as widely reported in the media and declared by various governmental authorities. Mandarin Oriental further advises that the presence of Covid-19 has drastically reduced travel to and from each involved city location as well as the Insured's hosting of group events.

With respect to providing the corresponding loss valuation support documentation, Mandarin Oriental and Marsh – JLT are developing a comprehensive document back-up package for submission ASAP.

**ADJUSTMENT OF LOSS**

Referring to the attached Summary of Loss and claim document loss schedules prepared by Marsh Claims Advocacy Group, a total business interruption claim submittal of $60,750,031 has been presented to McLarens and JS Held Forensic Accounting Division. A partial payment of $16,000,000 is being requested against this claim presentation.

The claim is segregated on a per hotel location predicated upon specific dates of loss as previously reported. It is our continued understanding that Mandarin Oriental and Marsh – JLT assert that the claims are being filed on a per location/per occurrence basis. This position is presumably the basis of their separate and distinct identification of the various reported dates of loss against the policy coverage sub-limit of $10,000,000. McLarens and JS Held have not entered into any policy coverage discussions with the Broker or Insured. As respects to applications relating to the special perils coverage endorsement or loss audit procedures/requisites.

The attached Marsh Loss Schedules/Exhibits identify loss revenues less non-recurring expenses on a per hotel location delineated as follows:

MIAMI, FLORIDA - $17,076,783

Lost revenue details illustrate a revenue loss over a duration of February 20, 2020 through August 31, 2020 totaling $28,457,656. Marsh – JLT have developed a non-recurring expense computation of $11,380,873 against this revenue loss resulting in a net business interruption loss as claimed of $17,076,783.

NEW YORK, NEW YORK - $21,458,805

Lost revenue details illustrate a revenue loss over a duration of February 28, 2020 through August 31, 2020 totaling $50,159,384. Marsh – JLT have developed a non-recurring expense computation of $28,700,579 against this revenue loss resulting in a net business interruption loss as claimed of $21,458,805.

WASHINGTON, DC - $11,671,651

Lost revenue details illustrate a revenue loss over a duration of March 3, 2020 through August 31, 2020 totaling $28,208,094. Marsh – JLT have developed a non-recurring expense computation of $16,536,443 against this revenue loss resulting in a net business interruption loss as claimed of $11,671,651.

BOSTON, MASSACHUSETTS - $10,542,792

Lost revenue details illustrate a revenue loss over a duration of March 5, 2020 through August 31, 2020 totaling $21,993,660. Marsh – JLT have developed a non-recurring expense computation of $11,450,868 against this revenue loss resulting in a net business interruption loss as claimed of $10,542,792.

Please note that in review of the loss summary and affixed schedules as submitted, there are no losses being claimed against property damage or extra expense coverage categories.

With respect to the business interruption loss submittals, the supporting loss schedules delineate budget forecasted room reservation quantities on monthly basis subject to a prior 12-month occupancy percentage adjustment and an actual post loss date room reservations bookings detail. The support document also illustrates revenue data in accordance with P&L's against direct room rates, food & beverages, spa and other income on a 12-month prior year experience.

As instructed McLarens and JS Held Forensics are not commencing the forensic loss audit and are not issuing a detailed audit related request for information (RFI) at this juncture. We understand that policy coverage determinations continue to be evaluated. We briefly conferenced with the Marsh – JLT Claims Advocacy Broker yesterday as respects to acknowledgement of receipt of the attached claim submittal and that McLarens and JS Held were not in a position to participate in any requested conference call discussions for the purpose of loss audit clarifications.

**REMARKS**

The Broker requests a response concerning policy coverage determinations as well as the Insured's request for an advance partial payment. We reiterated our commentary that coverage positions were pending completion of the loss investigation and RFI responses against the claim documentation as submitted. We reminded the Broker that any/all actions taken verbally or in writing by any representative of the Market Insurers continue to be without prejudice. We shall hold our file in abeyance pending further directions. Thank you.

McLarens

Very Truly Yours,

**McLARENS**

*Rocco M. Bianchi*

**Rocco M. Bianchi** | McLarens
Executive General Adjuster
rocco.bianchi@mclarens.com

4 High Goal Lane
Beacon, NY 12508
845-838-1788 | Office
914-475-6199 | Mobile
www.mclarens.com

RMB: spb