# EXHIBIT I

Hartford Branch

95 Glastonbury Blvd., Suite 103
Glastonbury, CT 06033 USA

Tel +1 860.920.5682 www.mclarens.com
Fax +1 860.392.3638

McLarens

April 15, 2022

Interested Underwriters:

Sompo: [ HYPERLINK "mailto:KJames@Sompo-Intl.com" ]
HDI: [ HYPERLINK "mailto:joseph.kearney@us.hdi.global" ]
AIG: [ HYPERLINK "mailto:zoe.mortlock@aig.com" ]
Generali Assicurazioni: [ HYPERLINK "mailto:Patricia.Rial@generali.co.uk" ]

# Report 6
## Commercial Property

| | | |
|---|---|---|
| Re: | Insured | Mandarin Oriental, Inc |
| | Dates of Loss | Miami: February 20, 2020<br>New York: February 28, 2020<br>Washington, DC: March 3, 2020<br>Boston, MA: March 5, 2020 |
| | Loss Locations | 500 Brickell Key Drive, Miami, Florida 33131<br>80 Columbus Circle, New York, NY 10023<br>776 Boylston Street, Boston, MA 02199<br>1330 Maryland Avenue, SW, Washington, DC 20024 |
| | Type of Loss | Business Interruption/Cat CORO |
| | Policy # | Per Schedule |
| | Policy Term | May 1, 2019 - 2020 |
| | Claim # | Per Schedule |
| | McLarens File | 008-027883-MI |

Dear Interested Underwriters:

Following is our report in connection to the above-captioned loss.

**ESTIMATE (AS CLAIMED)**

| | |
|---|---|
| Boston: | $10,542,792 |
| Washington, DC: | $11,671,651 |
| Miami: | $17,076,783 |
| New York City: | $21,458,805 |
| **Gross Amount** | **$60,750,031** |

The above is subject to determination of coverage and forensic accounting verification.

**CAUSE OF LOSS**

**Covid-19 Infectious Disease (CAT CORO).** The above noted locations were temporarily closed due to reported exposures within 5-mile radius of each property, resulting in a Business Income loss.

**COVERAGE**

Coverage is afforded against all risk of physical loss and damage inclusive of earthquake and flood under manuscript commercial property policies written through the Quota Share Market Underwriters/Companies at Interest per the attached Schedule of Insurance, effective May 01, 2019-2020. The limit of liability is $50,000,000 with an overall program limit of liability of $328,000,000. Program policy sub-limits include the following:

- Earthquake: $328,000,000
- Flood: $328,000,000
- Named Windstorm: $75,000,000
- Property in Course of Construction: $100,000,000
- Ordinance of Law – (Undamaged Portion): $328,000,000
- Ordinance of Law – Demolition & Increased Cost of Construction: $100,000,000
- Ingress/Egress: $25,000,000
- Interruption by Civil or Military Authority: $25,000,000 (For up to 60 Days Period of Recovery, Subject to a 5-Mile Distance Limitation)
- Land and Water Contaminant or Pollution Clean-Up Removal and Disposal: $2,500,000 in the aggregate under Policy Clause 3.K
- Decontamination Costs of Insured Property: $5,000,000 under Policy Clause 3.F
- Debris Removal/Clean-Up Costs: Greater of $50,000,000 or 25% of loss under Policy Clause 3.E
- Upgrade to Green Coverage: $10,000,000
- Special Perils: $10,000,000 in the annual aggregate
- Fungus, Mold, Wet or Dry Rot: $25,000,000 Inclusive of Testing

Policy coverages include real & personal property, leasehold I&B, business interruption (actual loss sustained inclusive of ordinary payroll), extra expense, contingent time element, property of others at Insured's discretion, rental value, royalties, delay in completion against property in the course of construction, ingress/egress, transit, accounts receivable, consequential loss, brands and trademarks, control of damaged goods, demolition and increased cost of construction, defense costs, land and water contaminant or pollution clean-up, removal &

disposal costs, tenant relocation expense, land improvements, equipment breakdown, pair or sets, sue and labor and Leed Certified coverage.

In addition, to the above coverage summary, we recognize under Policy Endorsement No. 3 titled Special Perils that a coverage advisory is warranted as the policy is extended to cover loss resulting from interruption of or interference with the business carried on by the Insured in consequence of: (a) infectious or contagious disease manifested by any person while on the premises of the Insured or within a radius of 5-miles thereof.

**RISK**

At risk are (4) scheduled Mandarin Oriental Hotel loss locations are:

- 500 Brickell Key Drive, Miami, Florida 33131
- 80 Columbus Circle, New York, NY 10023
- 1330 Maryland Avenue, SW, Washington, DC 20024-2100
- 776 Boylston Street, Boston, MA 02199

**INVESTIGATION**

The undersigned adjuster assumed handling of this file for Rocco Bianchi. Below is a summary of the salient points of the claim investigation, by location.

***Miami, FL***

No specific loss details or civil authority/executive orders were provided.

***New York, NY***

The Insured reported the 1st known contagious disease within a 5-mile radius of the hotel location was on March 2, 2020 involving a man employed at a 42nd Street law firm. This individual was believed to have transmitted the virus to his residential community, New Rochelle, NY.

***Washington, DC***

The Insured submitted a Wall Street Journal news article dated March 7, 2020 citing a 1st reported case of the Coronavirus on March 3rd and that City officials are commencing a tracking plan of any/all reports of hospitalization of Coronavirus patients. The Mayor cited that the City shall follow the Federal Center for Disease Control and Prevention guidelines for appropriate action plans to be undertaken.

***Boston, MA***

The Insured reported that the 1st known reported contagious disease within a 5-mile radius of the hotel location was on February 1st involving a college student attending the University of Massachusetts. Said student had traveled to Wuhan, China. The 1st virus impact involving this hotel location was reported to be on March 5th.

***Activity***

We conferenced with the Marsh – JLT Claims Advocacy group on October 19, 2021. During this call, they explained what have transpired to date from their end and explained their rationale for the loss measurement.

[redacted]

Subsequently, Mr. John Whitaker of Marsh inquired as to status via email on October 28, 2021. This correspondence was forwarded [redacted] and enclosed with our previous report.

On November 4th and 5th, 2021 the undersigned had exchanged correspondence with Attorney Peter Kanaris in in which we confirmed that there had been no additional response to the RFI letter.

On November 18, 2021 Mr. John Whitaker of Marsh invited the undersigned, Zoe Mortlock of AIG and Bruno Graizzaro of JS Held to participate in a conference call to discuss the claim. Although we were unable to attend, we understand the call took place. We are unaware of any significant developments which resulted.

**ADJUSTMENT**

The *Preliminary* Business Interruption Loss Summary prepared by the Marsh (FACS) Claim Preparation Division projected a claim totaling ***$31,694,000***. The loss period defined within the claim presentation extends from March 2020 to July 2020 and describes losses by location as follows:

***Miami, FL***
Gross Operating Income of $9,793,000 less saved operating expenses of $3,047,000 produces a net profit loss of $6,746,000.

***New York, NY***
Gross Operating Income of $16,353,000 less saved operating expenses of $5,207,000 produces a net profit loss of $11,146,000.

***Washington, DC***
Gross Operating Income of $10,839,000 less saved operating expenses of $3,416,000 produces a net profit loss of $7,423,000.

***Boston, MA***
Gross Operating Income of $9,167,000 less saved operating expenses of $2,788,000 produces a net profit loss of $6,379,000.

As support, Marsh/FACS submitted 2018/2019 profit and loss financial statements for each hotel property illustrating revenue (guest rooms, food & beverage, spa and amenities along with overhead and administrative operating expenses).

Mr. Bianchi's Report #3 (Dated 11/12/2020) detailed the *Revised* Business Interruption claim of ***$60,750,031*** submitted by Marsh/FACS. This was based on an extended loss period from February 20, 2020 through August 31, 2020, broken down as follows:

***Miami, FL***
Lost revenue totaling $28,457,656 less saved expenses of $11,380,873 producing a net business interruption loss of $17,076,783.

***New York, NY***
Lost revenue totaling $50,159,384 less saved expenses of $28,700,579 producing a net business interruption loss of $21,458,805.

***Washington, DC***
Lost revenue totaling $28,208,094 less saved expenses of $16,536,443 producing a net business interruption loss of $11,671,651.

***Boston, MA***
Lost revenue totaling $21,993,660 less saved expenses of $11,450,868 producing a net business interruption loss of $10,542,792.

**CORRESPONDENCE**

A combination RFI and Reservation of Rights Letter was issued to the Insured on or around June 1, 2020.

In response, the broker drafted an email which addressed the inquiries in the RFI. A copy of that email was enclosed with Mr. Bianchi's Report #2 (dated 6/23/2020) and their responses were summarized in the report.

A follow up request for additional information on specific questions was sent to the Insured on or around August 6, 2002 to clarify some of the original responses received. Once again, the broker drafted a response and Mr. Bianchi enclosed and discussed this in his Report #3 (dated 11/12/2020).

**CONSULTANTS ENGAGED**

Forensic Loss Audit
JS Held, LLC
Mr. Bruno Graizzaro, CPA Boston, MA
617-921-8887 | (Mobile) 617-482-5755

**REMARKS & DIARY DATE**

**We understand that coverage positions continue to be evaluated.** We will hold our file open abeyance while policy coverage determinations are made.

Following your review of this report, please contact the undersigned with any questions or further handling instructions. Otherwise, our subsequent report will follow in 60 days.

Very truly yours,

**Jason J. Dei** | McLarens
Executive General Adjuster | Vice President
[ HYPERLINK "mailto:jason.dei@mclarens.com" ]
95 Glastonbury Blvd., Suite 103
Glastonbury, CT 06033
**860.706.9530 | mobile**
[ HYPERLINK "http://www.mclarens.com" ]

ENC/LG