# EXHIBIT J

Message

**From**: Vito Russo [vito.russo@mclarens.com]
**Sent**: 11/12/2021 11:14:30 AM
**To**: Renata Bauer [renata.bauer@mclarens.com]
**Subject**: FW: 008.027883.MI - Mandarin Oriental, Inc. (Covid)
**Attachments**: Report 3 - 11-12-2020.pdf

Jason has loss updated and is prepping a rpt recapping what he did recently and essentially placing the "ball in the insurer's court" on coverage for this COVID 19 claim

**Vito Russo, CPCU** | McLarens
Vice President / Sr. Executive General Adjuster
Vito.Russo@mclarens.com

1 Battery Park Plaza, 7th Floor
New York, New York 10004 USA
**+1 212 344-2600** | office
**+1 516 982-7948** | mobile
www.mclarens.com

---

**From:** Jason Dei <jason.dei@mclarens.com>
**Sent:** Thursday, November 11, 2021 2:27 PM
**To:** Vito Russo <vito.russo@mclarens.com>
**Subject:** 008.027883.MI - Mandarin Oriental, Inc. (Covid)

Below is a summary of the activity performed since taking over the file:

- The last report Rocco wrote was November 2020 (attached).
- The market consists of Sompo (45%), HDI (25%), AIG (20%) and Generali (10%).
- Sompo settled their portion a long time ago.
- HDI & and Generali are represented by atty Paul Sullivan.
- AIG is represented by Peter Kanaris.
- The broker and I had a conference call where they explain in detail their approach to the claim.

[redacted]

I don't understand why the broker would be giving Renata a hard time when we have been in regular communication with them. They might be frustrated at the overall situation, but they can't complain about a lack of communication since I took over this file. I will put together a high level report on this one and just advise the markets that the ball is in their court to determine coverage.

**Jason Dei** | McLarens
Executive General Adjuster | Vice President
jason.dei@mclarens.com
95 Glastonbury Blvd., Suite 103
Glastonbury, CT 06033
**860.706.9530 | mobile**
www.mclarens.com

CONFIDENTIALITY AND PRIVILEGE NOTICE: The information contained in this message and any attachments may be privileged, confidential and/or exempt from disclosure under applicable law. Any views expressed in this message and any attachments are those of the individual sender, except where the message states otherwise, and in no way binds Insurers and/or their representatives. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments, without reading them.

PRIVACY STATEMENT: We are required to capture and process personal information supplied to us in the fulfilment of our services. Our obligations vary depending on the jurisdiction involved. For further details as to how this information is used, kept secure and your rights, please see the relevant Privacy Statement on our website – https://www.mclarens.com/privacy-policy/