UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDARIN ORIENTAL, INC.,

                  Plaintiff,

-v-

HDI GLOBAL INSURANCE COMPANY, et al.,

                  Defendants.

CIVIL ACTION NO.: 23 Civ. 4951 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of (1) Plaintiff's Letter-Motion to Compel Defendants to produce "documents related to reserves and reinsurance communications, as well as certain documents withheld on the basis of attorney-client privilege and attorney work product" (see ECF No. 59 (the "Letter-Motion")), and (2) Defendants' Response to the Letter-Motion (ECF No. 62).[1] A telephonic discovery conference is scheduled for **Wednesday, May 21, 2025 at 10:00 a.m. EST** on the Court's Webex platform (the "Conference"). The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time. At the Conference, the parties shall be prepared to discuss the Letter-Motion.

Dated:     New York, New York
           April 28, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] We note that Plaintiff's deadline to file a reply in support of the Letter-Motion is this coming Wednesday, April 30, 2025, and that the Letter-Motion is therefore not yet fully briefed. (See ECF No. 58 at 2).