UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDARIN ORIENTAL, INC.,

                        Plaintiff,

     -v-

HDI GLOBAL INSURANCE COMPANY, et al.,

                        Defendants.

CIVIL ACTION NO.: 23 Civ. 4951 (JPC) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

As discussed at the telephonic discovery conference held today, Wednesday, May 21, 2025, the Court orders as follows:

1. Defendants are to provide an English translation of the German-language portions of Sample 1 by **Friday, May 23, 2025**.

2. The parties are to request an expedited copy of the transcript of today's proceeding by **Friday May 23, 2025**.

3. The telephonic status conference currently set for June 5, 2025 at 10:00 a.m. is adjourned to **Monday June 16, 2025 at 10:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 657-832-172#, at the scheduled time.

Dated:     New York, New York
          May 21, 2025

                                    SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**