UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDARIN ORIENTAL, INC.,

                    Plaintiff,

-v-

HDI GLOBAL INSURANCE COMPANY, et al.,

                    Defendants.

CIVIL ACTION NO.: 23 Civ. 4951 (JPC) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

As discussed at the telephonic discovery conference held today, Monday, June 16, 2025, the Court orders as follows:

1. By close of business today, **June 16, 2025**, Defendants shall provide the attachments to Exemplars 1, 2, and 5 via email to cave_nysdchambers@nysd.uscourts.gov. Upon review of these attachments, the Court will issue a supplemental order regarding Exemplars 1, 2, 3, 4, and 5.

2. By **Monday, June 23, 2025**, Defendants shall file a letter regarding the status of their document production in compliance with the Court's Opinion and Order on Plaintiff's Motion to Compel. (ECF No. 69).

3. The fact discovery deadline remains on **Monday, June 30, 2025** with the exception of the deposition of the witness for non-party Marsh.

Dated:      New York, New York
             June 16, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**