UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANDARIN ORIENTAL, INC.,<br><br>               Plaintiff,<br><br>-v-<br><br>HDI GLOBAL INSURANCE COMPANY, et al.,<br><br>               Defendants. | CIVIL ACTION NO.: 23 Civ. 4951 (JPC) (SLC)<br><br>**POST-CONFERENCE ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

As discussed at the telephonic discovery conference held today, Tuesday, July 29, 2025, the Court orders as follows:

1. By **Tuesday, August 19, 2025**, the parties shall file a joint letter advising the Court as to whether any of the three remaining fact discovery issues have ripened. The parties shall propose a briefing schedule with respect to any of the issues in which they have met and conferred but remained at an impasse.

2. The expert discovery deadline is HELD IN ABEYANCE pending the completion of fact discovery.

3. The parties are directed to order a copy of the transcript of today's proceeding by **Thursday, July 31, 2025.**

Dated:      New York, New York
              July 29, 2025

                                                           SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2