UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDARIN ORIENTAL, INC.,

           Plaintiff,

-v-

HDI GLOBAL INSURANCE COMPANY, et al.,

           Defendants.

CIVIL ACTION NO.: 23 Civ. 4951 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of the parties' joint status letter at ECF No. 87. The parties are ordered to continue to meet and confer regarding the outstanding discovery issues and file a further joint status report by **Friday, September 19, 2025.**

Dated:    New York, New York
            August 27, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**