UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANDARIN ORIENTAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HDI GLOBAL INSURANCE COMPANY and ASSICURAZIONI GENERALI S.P.A.,<br><br>Defendants. | Civil Action No. 1:23-cv-04951-JPC-SLC<br><br>**DECLARATION OF BRIAN JOHNSON** |

I, Brian Johnson, hereby state and declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Jones Day, counsel for Plaintiff Mandarin Oriental, Inc. ("Mandarin"). I am a member in good standing of the Bar of this Court.

2. I am familiar with the facts and circumstances of this proceeding, and I submit this Declaration in Support of Mandarin's letter-motion for a discovery conference to compel Respondent J.S. Held, LLC to respond to a subpoena or show cause why it should not be held in contempt.

3. Attached as **Exhibit A** is a true and correct copy of the subpoena duces tecum Mandarin served on Respondent on June 23, 2025.

4. Attached as **Exhibit B** is a true and correct copy of the proof of service on Respondent.

5. Attached as **Exhibit C** is a true and correct copy of the notice of subpoena served on Defendants HDI Global Insurance Co. and Assicurazioni Generali S.p.A. on June 20, 2025.

6. Attached as **Exhibit D** is a true and correct copy of Respondent's website as of September 2, 2025, listing its headquarters as 50 Jericho Quadrangle, Suite 117, Jericho, New York 11753.

7. Attached as **Exhibit E** is a true and correct copy of the email correspondence with Respondent's counsel, by which Mandarin agreed to extend the deadline to respond to the subpoena to August 14, 2025, and by which Respondent's counsel informed Mandarin he would not in fact be representing Respondent.

8. Attached as **Exhibit F** is a true and correct copy of the reservation of rights letter regarding coverage for Mandarin's 2016 claim for business interruption losses in consequence of the presence of infectious Zika virus within a 5-mile radius of Mandarin's Miami hotel, which was produced in this case.

9. Mandarin received no response from Respondent before the June 27, 2025, deadline to respond to the subpoena.

10. Mandarin received no response from Respondent before or since the extended August 14, 2025, deadline to respond to the subpoena.

11. At no time has Respondent objected to the subpoena.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2025 in New York, New York.

Brian Johnson

Brian Johnson