UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

| | |
|---|---|
| Mandarin Oriental, Inc.<br><br>Plaintiff,<br><br>-against-<br><br>HDI Global Ins. Co., et al.<br><br>Defendant. | 23 Civ. 04951 (JPC) (SLC)<br><br>NOTICE OF APPEARANCE |

---------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case on behalf of: Third-Party, J.S. Held, LLC

I certify that I am admitted to practice in this Court.

September 12, 2025
Date

/s/ Joel E. Lutzker
Signature

Joel E. Lutzker JL0520
Print Name Bar No.

14 Lakewood Circle South
Address

Greenwich, CT 06830
City State Zip Code

203-550-1740
Phone No. Fax. No.

joel.lutzker@jsheld.com
Email Address