JS|HELD

September 12, 2025

VIA CM/ECF

The Honorable Sarah L. Cave United States Magistrate Judge
U.S. District Court
Southern District of New York 500 Pearl St.
New York, NY 10007-1312

Re: Mandarin Oriental. Inc. v. HDI Global Ins. Co. et al., Case No. 23-cv-04951- JPC-SLC: Request for Discovery Conference

Dear Judge Cave:

I am in-house counsel for third-party J.S. Held, LLC ("JSH"). I write in response to Plaintiff Mandarin Oriental, Inc.'s ("Mandarin") request for a Discovery Conference in connection with the subpoena duces tecum dated June 18, 2025 (the" Subpoena").

JSH intends to fully cooperate in providing discovery in accordance with the Federal Rules of Civil Procedure. JSH owes duties of confidentiality to its clients. Three insurance industry clients are implicated by the "Zika file" sought by Mandarin – AIG, Chubb and Berkshire Hathaway. JSH has reached out to these clients to obtain their consent to the release of the file. We anticipate receiving consent (or a basis for objection) within the next week to ten days. Upon receiving consent, we will promptly produce the requested file to Mandarin's counsel. While we do not expect any objection by any client, if a client does object, we will inform Mandarin and the Court so that appropriate steps, if any, to deal with the objection can be taken.

We do note that there seems to have been some unfortunate miscommunication caused by confusion regarding the representation of JSH. The first time the JSH Legal Department became aware of the alleged discovery "impasse" was on receipt of Mandarin's counsel's letter request to the Court. Moreover, to our knowledge, no effort to reach out to the JSH Legal Department was made by Mandarin's counsel to meet and confer regarding this matter. Finally, we note that the return of service of the Subpoena indicates that it was served on "Jeremy Garillo (IT Manager)". While we do not intend to make an issue of what appears to be defective service, 1) Mr. Garillo is not an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process, and 2) appears to have never provided a copy of the Subpoena to the Legal Department.

We believe that this matter can be resolved without further intervention by the Court but, of course, will abide by the Court's directions.

JS|HELD

Respectfully submitted,

Joel Lutzker
Attorney for J.S. Held, LLC
joel.lutzker@jsheld.com
(203) 550-1740

JS|HELD

CERTIFICATE OF COMPLIANCE

I, Joel E. Lutzker, hereby certify that this letter-motion complies with the word count limits set forth in Rule II.C.2 of Judge Cave's Individual Practices in Civil Cases because this letter-motion contains 399 words.

/s/ Joel E. Lutzker
Joel E. Lutzker

JS|HELD

CERTIFICATE OF SERVICE

I, Joel E. Lutzker , certify that on September 12, 2025 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Joel E. Lutzker
Joel E. Lutzker