UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANDARIN ORIENTAL, INC., <br><br> Plaintiff, <br><br> -v- <br><br> HDI GLOBAL INSURANCE COMPANY, <u>et al.</u>, <br><br> Defendants. | CIVIL ACTION NO.: 23 Civ. 4951 (JPC) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of the letter response of third party J.S. Held, LLC ("J.S. Held") to Plaintiff's letter-motion for a discovery conference to compel J.S. Held to respond to a subpoena. (Dkt. No. 92 ((the "Letter-Motion")). The parties are ordered to continue to meet and confer regarding the issues raised in the Letter-Motion. The Court's Order at Dkt No. 88 is VACATED, and the parties shall file a joint status letter by **Friday, September 26, 2025** updating the Court on the status of the issues raised in the Letter-Motion.

Dated:    New York, New York
         September 15, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**