UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDARIN ORIENTAL, INC.,

                Plaintiff,

    -v-

HDI GLOBAL INSURANCE COMPANY, et al.,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 4951 (JPC) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

As discussed at the telephonic status conference held on Monday, January 26, 2026, the Court orders as follows:

1. Expert discovery shall proceed as follows:

   a. The parties shall exchange expert disclosures by **April 17, 2026**;

   b. The parties shall exchange expert rebuttal disclosures by **May 22, 2026**;

   c. The parties shall complete expert depositions by **June 25, 2026**;

   d. The parties shall submit a letter certifying the close of expert discovery and notifying the Court whether the parties wish to participate in a settlement conference before the undersigned by **July 2, 2026**.

2. A telephonic conference on the status of expert discovery is scheduled for **Wednesday, April 29, 2026 at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

3. By **Friday, April 24, 2026**, the parties shall file a joint status letter identifying any

expert discovery issues ripe for the Court's attention at that time.

Dated:        New York, New York
              January 26, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2