UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDARIN ORIENTAL, INC.,

Plaintiff,

-v-

HDI GLOBAL INSURANCE COMPANY, et al.,

Defendants.

CIVIL ACTION NO.: 23 Civ. 4951 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Based on a change in the Court's calendar, the telephonic conference on the status of expert discovery scheduled for April 29, 2026 at 2:00 p.m. is ADJOURNED to **Thursday, April 30, 2026 at 5:00 p.m.** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The deadline for the parties to file a joint status letter identifying any expert discovery issues ripe for the Court's attention shall remain on **Friday, April 24, 2026**.

Dated:  New York, New York
April 16, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**