# JONES DAY

110 NORTH WACKER DRIVE • SUITE 4800 • CHICAGO, ILLINOIS 60606

TELEPHONE: +1.312.782.3939 • JONESDAY.COM

April 24, 2026

> The Court is in receipt of the parties' status letter at Dkt. No. 111.  The telephonic status conference scheduled for April 30, 2026 is ADJOURNED to **Wednesday, June 10, 2026 at 3:15 p.m. ET** on the Court's conference line. The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.  By **Friday, June 5, 2026**, the parties shall file a joint status letter identifying any expert discovery issues ripe for the Court's attention at that time.
>
> SO ORDERED   4/27/26
>
> SARAH L. CAVE
> United States Magistrate Judge

VIA CM/ECF

The Honorable Sarah L. Cave
United States Magistrate Judge
U.S. District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   ***Mandarin Oriental, Inc. v. HDI Global Ins. Co. et al.*, Case No. 23-cv-04951-JPC-SLC: Joint Status Letter**

Dear Judge Cave:

Plaintiff Mandarin Oriental, Inc. ("Mandarin") and Defendants HDI Global Insurance Co. and Assicurazioni Generali S.p.A. ("Defendants," and collectively with Mandarin, the "Parties"), submit this joint status letter in response to the Court's January 26, 2026, and April 16, 2026, Orders (ECF 108, 110), requiring the Parties file a joint status letter identifying any expert discovery issues ripe for the Court's attention in advance of the telephone status conference scheduled for April 30, 2026.  The Parties have no issues ripe for the Court's attention at this time.  Accordingly, the Parties respectfully request the April 30, 2026, telephone status conference be adjourned.

**Expert Discovery Schedule**

The Court ordered the following schedule for expert discovery: (a) The parties shall exchange expert disclosures by April 17, 2026; (b) The parties shall exchange expert rebuttal disclosures by May 22, 2026; (c) The parties shall complete expert depositions by June 25, 2026; and (d) The parties shall submit a letter certifying the close of expert discovery and notifying the Court whether the parties wish to participate in a settlement conference before the undersigned by July 2, 2026. ECF 108.

**Status of Expert Discovery**

On April 17, the Parties timely exchanged expert disclosures.  Mandarin disclosed and provided expert reports pursuant to Rule 26(a)(2)(B) for (1) Gregory S. Thaler as an expert in economic damages analyses, and (2) Jeffrey M. Posner as an expert in insurers' duty of good faith and fair dealing under the customs, practices, and/or standards of the insurance industry.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Page 2


Defendants disclosed and provided an expert report pursuant to Rule 26(a)(2)(B) for Dr. Makarand Mody as an expert in hospitality and tourism services management.  Defendants further disclosed under Rule 26(a)(2)(C) Jared O'Connor and Bruno Graizarro based on their roles as Defendants' forensic accountants during the claim adjustment process.  Finally, Defendants indicated they may identify Glenn Silver as a rebuttal expert on economic damages analyses.

The Parties are reviewing each other's disclosures, and at this time there are no expert discovery issues ripe for the Court's attention.  Accordingly, the Parties respectfully request the telephone status conference scheduled for April 30, 2026, be adjourned.  Should an issue arise, the Parties will, of course, promptly inform the Court.

* * *

Should the Court have any questions, please do not hesitate to contact us.  Thank you for your attention to this letter.


Respectfully submitted,


| | |
|---|---|
| */s/ Morgan R. Hirst* | */s/ Paul T. Sullivan* |
| Morgan R. Hirst | Paul T. Sullivan |
| JONES DAY | Katharina Kraatz-Dunkel |
| 110 N. Wacker Drive, Suite 4800 | ZELLE LLP |
| Chicago, IL 60606 | 161 Worcester Road |
| 312-782-3939 | Suite 502 |
| mhirst@jonesday.com | Framingham, MA 01701 |
| | psullivan@zellelaw.com |
| | KKraatzDunkel@zellelaw.com |
| Edward M. Joyce | |
| Brandon M. Sprague | Alexander W. Cogbill |
| JONES DAY | ZELLE LLP |
| 250 Vesey Street | 45 Broadway |
| New York, NY 10281 | Suite 920 |
| 212-326-3939 | New York, NY 10006 |
| emjoyce@jonesday.com | acogbill@zellelaw.com |
| bsprague@jonesday.com | |

*Attorneys for Plaintiff Mandarin Oriental, Inc.*   *Attorneys for Defendants HDI Global Ins. Co. and Assicurazioni Generali S.p.A.*