UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANDARIN ORIENTAL, INC.,

Plaintiff,

-v-

HDI GLOBAL INSURANCE COMPANY and ASSICURAZIONI GENERALI S.P.A.,

Defendants.

---

23 Civ. 4951 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

As stated on the record at today's conference, the Court sets the following briefing schedule for the parties' anticipated cross-motions for summary judgment and to exclude expert testimony under *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993): motions are due September 3, 2026, briefs in opposition are due October 8, 2026, and reply briefs, if any, are due November 5, 2026. The Court will separately enter a pretrial order.

SO ORDERED.

Dated: August 17, 2026
New York, New York

JOHN P. CRONAN
United States District Judge